IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| REGINA GREENE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL LLC, AND BEAM GLOBAL SPIRITS AND WINE, INC.<br><br>Defendant/Respondent | Hearing Date:<br><br>CASE NO:<br>11-CV-61965-KMW<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL ACTION; COMPLAINT - CLASS ACTION |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the 15 day of Sept., 2011, at 4:42 o'clock AM.

On the **18th day of September, 2011, at 11:49 AM**, at the address of **35 E 85TH Street APT 2D, NEW YORK, New York** County, NY 10028; this affiant served the above described documents upon **SKINNY GIRL COCKTAILS, LLC,**, by then and there personally delivering **1** true and correct copy (ies) thereof, by then presenting to and leaving the same with **DAVID KANBAR, CEO, A black-haired white male approx. 45-55 years of age, 5'8"-6'0" tall and weighing 180-220 lbs.**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 21 day of September, 2011.

_____
Ricardo Quinones, Reg. # 1341992, Kings, NY

JACOB SHAPIRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SH6237142
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES MARCH 14TH 2015

SUBSCRIBED AND SWORN to before me this 21 day of Sept., 2011

_____
NOTARY PUBLIC in and for the State of New York
Residing at: _____
My Commission Expires: _____

FOR: **Robbins Geller Rudman & Dowd**
REF: **GREENE V SKINNY GIRL**

ORIGINAL AFFIDAVIT
OF SERVICE

Tracking #: **7216542 SEA**