UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-CV-61965-KMW

REGINA GREENE, Individually and on Behalf of
All Others Similarly Situated,

      Plaintiff,

v.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL SPIRITS
AND WINE, INC.,

      Defendants.
_____/

**DEFENDANT BEAM GLOBAL SPIRITS AND WINE, INC.'S
AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

      Defendant, BEAM GLOBAL SPIRITS AND WINE, INC., (hereinafter referred to as "Beam"), by and through its undersigned attorneys, pursuant to Local Rule 7.1 of the United States District Court for the Southern District of Florida, moves for an extension of time up to and including October 28, 2011, in which to move, plead or otherwise respond to the Complaint, and as grounds therefore states:

      1.     Plaintiff has brought the instant putative class action claim against Beam. The complaint was filed on September 2, 2011 and served on September 7, 2011.

      2.     Beam's responsive pleading is, therefore, currently due on September 28, 2011.

      3.     Due to the press of other matters, and the fact that the undersigned counsel has been involved in a trial before the Honorable Charles W. Arnold, Jr. in an unrelated case, for

another client in Jacksonville, Florida, Beam is unable to properly respond to the Complaint within the time frame prescribed by the Federal Rules of Civil Procedure. Beam therefore requests that it be given an extension of time to respond to Plaintiff's Complaint up to and including October 28, 2011.

4. The undersigned obtained consent for the requested extension of time from Plaintiff's counsel prior to the filing of this motion.

5. This request for additional time is made in good faith and not for purposes of delay. Plaintiff will not be prejudiced if the request is granted as this case is not currently set for trial.

6. A proposed Order granting the requested extension is attached hereto as Exhibit "A".

**WHEREFORE**, Defendant Beam Global Spirits and Wine, Inc., respectfully requests that this Court grant its Motion for Extension of Time up to and including October 28, 2011.

> Respectfully submitted,
>
> CARLTON FIELDS, P.A.
> 100 S.E. Second Street, #4200
> Miami, Florida 33131-9101
> Telephone:   (305) 530-0050
> Facsimile:   (305) 530-0055
> E-mail: breid@carltonfields.com
>
> By:  s/Benjamine Reid
>      BENJAMINE REID
>      Florida Bar No. 183522
>
> *Attorney for Beam Global Spirits and Wine, Inc.*

CASE NO.: 11-CV-61965-KMW

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on the 27th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court and sent copies via U.S. Mail to the following counsel of record:

ROBBINS GELLER RUDMAN & DOWD LLP
Stuart A. Davidson
Florida Bar No. 084824
sdavidson@rgrdlaw.com
Cullin A. O'Brien
Florida Bar No. 597341
cobrien@rgrdlaw.com
Mark J. Dearman
Florida Bar No. 982407
mdearman@rgrdlaw.com
120 East Palmetto Park Road
Suite 500
Boca Raton, FL  33432
Telephone:    (561) 750-3000
Facsimile:    (561) 750-3364

*Attorneys for Plaintiff and the putative Class Members*

WALDEN LAW FIRM, PLLC
rwalden@waldenlawfirm.com
10121 N. Rodney Parham #5
Little Rock, AR  72227
Telephone:    (501) 907-7000
Telefax:    (888) 220-7933

*Attorneys for Plaintiff and the putative Class Members*

  s/Benjamine Reid
   BENJAMINE REID