UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-CV-61965-KMW

REGINA GREEN, individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL SPIRITS
AND WINE, INC.,

    Defendants.
_____/

**ORDER GRANTING DEFENDANT BEAM GLOBAL SPIRITS AND WINE, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter comes before the Court upon Defendant BEAM GLOBAL SPIRITS AND WINE, INC.'s Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the file and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. BEAM GLOBAL SPIRITS AND WINE, INC.'s extension of time is GRANTED.

2. BEAM GLOBAL SPIRITS AND WINE, INC. shall plead, move or otherwise respond on or before October 28, 2011.

**DONE AND ORDERED** in Chambers at Miami-Dade County, this _____ day of _____, 2011.

                                                           KATHLEEN M. WILLIAMS
                                                           UNITED STATES DISTRICT JUDGE

cc:    Counsel of record

20501898.1