UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-CV-61965-KMW

REGINA GREENE, individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL SPIRITS
AND WINE, INC.,

    Defendants.
_____/

**ORDER GRANTING DEFENDANT BEAM GLOBAL SPIRITS AND WINE, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter comes before the Court upon Defendant BEAM GLOBAL SPIRITS AND WINE, INC.'s Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the file and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. BEAM GLOBAL SPIRITS AND WINE, INC.'s extension of time is GRANTED.

2. BEAM GLOBAL SPIRITS AND WINE, INC. shall plead, move or otherwise respond on or before October 28, 2011.

**DONE AND ORDERED** in Chambers at Miami-Dade County, this 28 day of September, 2011.

                                                       KATHLEEN M. WILLIAMS
                                                      UNITED STATES DISTRICT JUDGE

cc:     Counsel of record