UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 11-cv-61965-KMW

REGINA GREENE, Individually and on Behalf of all Others Similarly Situated,

    Plaintiff,

v.

SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL, LLC, and BEAM GLOBAL SPIRITS AND WINE, INC.

    Defendants.

## NOTICE OF APPEARANCE

The undersigned, an attorney with the law firm of Greenberg Traurig, P.A., counsel for Defendants, SKINNY GIRL COCKTAILS, LLC and SGC GLOBAL, LLC, hereby gives notice of his appearance in this action. The undersigned respectfully requests that he be placed on all service lists and that all future papers also be served on the undersigned.

    Respectfully submitted,

*Counsel for Defendants SKINNY GIRL COCKTAILS, LLC and SGC GLOBAL, LLC*

/s/ *Jeffrey Allan Hirsch*
Jeffrey Allan Hirsch, Esquire
Florida Bar No. 199850
*Email*: hirsch@gtlaw.com
**GREENBERG TRAURIG, P.A.**
401 East Olas Boulevard
Suite 2000
Fort Lauderdale, Florida 33301
Telephone: 954-768-8285
Facsimile: 954-765-1477

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of October, 2011, a true and correct copy of the foregoing was served by electronic notification through the CM/ECF system on all counsel or parties of record on the attached Service List.

*/s/Jeffrey Allan Hirsch*
Jeffrey Allan Hirsch

## SERVICE LIST

*Counsel for Plaintiffs and the Class*

Stuart A. Davidson
Florida Bar No.:  084824
Email:  *sdavidson@rgrdlaw.com*
Cullin A. O'Brien
Florida Bar No. 597341
Email: *cobrien@rgrdlaw.com*
Mark J. Dearman
Florida Bar No. 982407
ROBBINS GELLER RUDMAN
& DOWD LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, Florida  33432
Telephone:  561-750-3000
Facsimile:  561-750-3364

WALDEN LAW FIRM, PLLC
Ark. Bar No.  2006069
Email:  *rwalden@waldenlawfirm.com*
10121 N. Rodney Parham #5
Little Rock, AR  72227
Telephone:  501-907-7000
Facsimile:  888-220-7933

*Counsel for Beam Global Spirits and Wine, Inc.*

Benjamine Reid
Florida Bar No. 183522
E-mail*:  breid@carltonfields.com*
CARLTON FIELDS, P.A.
100 S.E. Second Street, #4200
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055


Donald I. Strauber
Email: *dstrauber@chadbourne.com*
Mary T. Yelenick
Email*: myelenick@chadbourne.com*
CHADBOURNE & PARKE
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212-408-5100
*PRO HAC VICE*