UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 11-cv-61965-KMW

REGINA GREENE, Individually and on Behalf of all Others Similarly Situated,

    Plaintiff,

v.

SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL, LLC, and BEAM GLOBAL SPIRITS AND WINE, INC.,

    Defendants.

**DEFENDANT SGC GLOBAL, LLC.'S**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant SGC GLOBAL, LLC hereby states that SGC GLOBAL, LLC does not have a parent corporation and does not have any publically held corporation owning 10% or more of it.

    Respectfully submitted,

    *Counsel for Defendants SKINNY GIRL COCKTAILS, LLC and SGC GLOBAL, LLC*

    /s/ *Jeffrey Allan Hirsch*
    Jeffrey Allan Hirsch, Esquire
    Florida Bar No. 199850
    *Email*: hirsch@gtlaw.com
    **GREENBERG TRAURIG, P.A.**
    401 East Olas Boulevard
    Suite 2000
    Fort Lauderdale, Florida 33301
    Telephone: 954-768-8285
    Facsimile: 954-765-1477

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of October, 2011, a true and correct copy of the foregoing was served by electronic notification through the CM/ECF system on all counsel or parties of record on the attached Service List.

                                               */s/Jeffrey Allan Hirsch*
                                               Jeffrey Allan Hirsch

## SERVICE LIST

*Counsel for Plaintiffs and the Class*

Stuart A. Davidson
Florida Bar No.:  084824
Email:  *sdavidson@rgrdlaw.com*
Cullin A. O'Brien
Florida Bar No. 597341
Email: *cobrien@rgrdlaw.com*
Mark J. Dearman
Florida Bar No. 982407
**ROBBINS GELLER RUDMAN
& DOWD LLP**
120 East Palmetto Park Road
Suite 500
Boca Raton, Florida  33432
Telephone:  561-750-3000
Facsimile:  561-750-3364

**WALDEN LAW FIRM, PLLC**
Ark. Bar No.  2006069
Email:  *rwalden@waldenlawfirm.com*
10121 N. Rodney Parham #5
Little Rock, AR  72227
Telephone:  501-907-7000
Facsimile:  888-220-7933

*Counsel for Beam Global Spirits and Wine, Inc.*

Benjamine Reid
Florida Bar No. 183522
E-mail*: breid@carltonfields.com*
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, #4200
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055


Donald I. Strauber
Email: *dstrauber@chadbourne.com*
Mary T. Yelenick
Email*: myelenick@chadbourne.com*
**CHADBOURNE & PARKE**
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212-408-5100
*PRO HAC VICE*