UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CV-WILLIAMS

REGINA GREENE, Individually and on
behalf of all other similarly situated,

    Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC,
SGC GLOBAL, LLC, and
BEAM GLOBAL SPIRITS AND WINE, INC.,

    Defendants.
_____/

## ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE

This MATTER is before the Court on Motions to Appeal Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [D.E. 12, 13], requesting, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. The Court hereby **GRANTS** the motions. Donald I. Strauber and Mary T. Yelenick may appear and participate in this action on behalf of Beam Global Spirits & Wine LLC. The Clerk shall provide electronic notification of all electronic filings to Donald I. Strauber at dstrauber@chadbourne.com and to Mary T. Yelenick at myelenick@chadbourne.com.

1

DONE AND ORDERED in Chambers, at Miami, Florida, this ___ day of October, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE