UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-Civ-WILLIAMS

REGINA GREENE, Individually and on
Behalf of all others similarly situated,

    Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

This MATTER is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complain [D.E. 18]. The motion is **GRANTED**. The Defendants shall respond to Plaintiff's Complaint by no later than 5:00 p.m., November 15, 2011.

DONE AND ORDERED in Chambers, at Miami, Florida, this 31st day of October, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1