UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:11-cv-61965-KMW

REGINA GREENE, Individually and on Behalf of All Others Similarly Situated,

                Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL, LLC, and BEAM GLOBAL SPIRITS AND WINE, INC.,

                Defendants.

**DEFENDANT BEAM GLOBAL SPIRITS & WINE, LLC'S RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Beam Global Spirits & Wine LLC ("Beam Global"), formerly known as Beam Global Spirits & Wine, Inc., hereby states that Beam Global is a wholly owned subsidiary of Beam Inc. and that no publicly held corporation owns more than 10% of Beam Inc.

Dated:   November 1, 2011

| | |
|---|---|
| **Of Counsel:** | BY:  s/Amy Lane Hurwitz_____ |
| | BENJAMINE REID |
| Mary Yelenick | Florida Bar No.:  183522 |
| Donald Strauber | AMY LANE HURWITZ |
| Chadbourne & Parke LLP | Florida Bar No. 0343810 |
| 30 Rockefeller Plaza | CARLTON FIELDS, P.A. |
| New York, NY 10112 | 100 S.E. 2nd Street, Suite 4200 |
| Telephone No.:  (212) 408-5100 | Miami, Florida  33131 |
| | Telephone: (305) 530-0050 |
| | Facsimile: (305) 530-0055 |
| | Email: breid@carltonfields.com |
| | *Attorneys for Defendant Beam Global Spirits & Wine LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

ROBBINS GELLER RUDMAN & DOWD LLP
Stuart A. Davidson
Florida Bar No. 084824
sdavidson@rgrdlaw.com
Cullin A. O'Brien
Florida Bar No. 597341
cobrien@rgrdlaw.com
Mark J. Dearman
Florida Bar No. 982407
mdearman@rgrdlaw.com
120 East Palmetto Park Road
Suite 500
Boca Raton, FL  33432
Telephone:    (561) 750-3000
Facsimile:    (561) 750-3364

*Attorneys for Plaintiff and the putative Class Members*

WALDEN LAW FIRM, PLLC
rwalden@waldenlawfirm.com
10121 N. Rodney Parham #5
Little Rock, AR  72227
Telephone:    (501) 907-7000
Telefax:    (888) 220-7933

*Attorneys for Plaintiff and the putative Class Members*

BY:   *s/Amy Lane Hurwitz*
      AMY LANE HURWITZ