UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, individually and on behalf
of all other similarly situated,

    Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL and BEAN GLOBAL SPIRITS
AND WINE, INC.,

    Defendants.

## DEFENDANTS', SKINNY GIRL COCKTAILS, LLC AND SGC GLOBAL, LLC, RESPONSE TO PLAINTIFF'S MOTION TO LIFT STAY IN LIGHT OF ORDER DENYING TRANSFER BY THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

    Defendants, Skinny Girl Cocktails, LLC ("Skinny Girl") and SGC Global, LLC ("SGC Global") file this their response to Plaintiff's Motion to Lift Stay in Light of Order Denying Transfer by the Judicial Panel on Multi-District Litigation [D.E. 26], and says:

    1.    Skinny Girl and SGC Global do not oppose Plaintiff's Motion and agree to the relief requested. However, Skinny Girl and SGC Global request this Court to set a date certain for Skinny Girl and SGC Global to respond to Plaintiff's Complaint.

    2.    Due to the holidays, Defendants Skinny Girl and SGC Global request this Court to grant them up through and including January 20, 2012 in which to respond to Plaintiff's Complaint.

    3.    Plaintiff has agreed to Skinny Girl's and SGC Global's proposed response date.

DEN 97701407.1 - 135474.010100

Respectfully submitted,

*Counsel for Defendants SKINNY GIRL COCKTAILS, LLC and SGC GLOBAL, LLC*

/s/ *Jeffrey Allan Hirsch*
Jeffrey Allan Hirsch, Esquire
Florida Bar No. 199850
*Email*: hirsch@gtlaw.com
**GREENBERG TRAURIG, P.A.**
401 East Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: 954-768-8285
Facsimile: 954-765-1477

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Using the electronic case filing system send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/Jeffrey Allan Hirsch*
Jeffrey Allan Hirsch