## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:11-cv-61965-KMW

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

                            Plaintiffs,

    vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

                            Defendants.

**ORDER GRANTING MOTION OF GARRETT S. KAMEN TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

This matter comes before the Court on the Motion to Appear *Pro Hac Vice* for

Garrett S. Kamen, Consent to Designation, and Request to Electronically Receive

Notices of Electronic Filing (the "Motion").  The Court has considered the motion and it

is hereby **ORDERED AND ADJUDGED** as follows:

The Motion is **GRANTED**.  Garrett S. Kamen, may appear and participate in this

action on behalf of Beam Global Spirits & Wine LLC.  The Clerk shall provide electronic

notification of all electronic filings to Garrett S. Kamen, at email address:

gkamen@chadbourne.com.

1

CASE NO.: 0:11-cv-61965-KMW

**DONE AND ORDERED** in Chambers at Miami-Dade County, this _____ day of December, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record