

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiff,

vs.

SKINNY GIRL COCKTAIL, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

                Defendant.
_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Nabil Majed Nachawati, II, of Fears Nachawati Law Firm, 4925 Greenville Avenue, Suite 715, Dallas, TX 75206, telephone 214-890-0711, for purposes of limited appearance as co-counsel on behalf of Plaintiff Regina Greene herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Nabil Majed Nachawati, II to receive electronic filings in this case, and in support thereof states as follows:

1.      Nabil Majed Nachawati, II is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Texas, TX Bar No. 24038319, and the United States District Court for the Southern, Northern, and Eastern Districts of Texas.

Case No. 11-61965-CIV-WILLIAMS

2. Movant, Stuart A. Davidson, Esquire, of the law firm of Robbins Geller Rudman & Dowd LLP, 120 E. Palmetto Park Road, Suite 500, Boca Raton, FL 33432, telephone 561-750-3000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Nabil Majed Nachawati, II has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Nabil Majed Nachawati, II, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Nabil Majed Nachawati, II at email address: mn@fnlawfirm.com.

WHEREFORE, Stuart A. Davidson moves this Court to enter an Order permitting Nabil Majed Nachawati, II to appear before this Court on behalf of Plaintiff Regina Greene for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Nabil Majed Nachawati, II.

Case No. 11-61965-CIV-WILLIAMS

Dated: December 21, 2011        Respectfully submitted,

/s/ Stuart A. Davidson
STUART A. DAVIDSON
Fla. Bar ID No. 84824
sdavidson@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
Attorneys for Plaintiff Regina Greene

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

SKINNY GIRL COCKTAIL, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

          Defendant.
_____/

## CERTIFICATION OF NABIL MAJED NACHAWATI, II

Nabil Majed Nachawati, II, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of State Bar of Texas, TX Bar No. 24038319, and the United States District Court for the Northern, Southern and Eastern Districts of Texas.

_____
Nabil Majed Nachawati, II

Case No. 11-61965-CIV-WILLIAMS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance. Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by U.S. First Class Mail on December 21, 2011 on all counsel or parties of record on the attached service list.

Stuart A. Davidson

Case No. 11-61965-CIV-WILLIAMS

## SERVICE LIST

**Counsel For Defendant(s)**

Benjamine Reid
Amy Lane Hurwitz
Carlton Fields, P.A.
4000 International Place
100 S.E. Second Street
Miami, FL 33131-1901
Telephone: 305/530-0050
305/530-0055 (fax)

Jeffrey Allen Hirsch
Greenberg Traurig, LLP
401 East Las Olas Blvd., Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954/768-8240
954/765-1477 (fax)

Mary T. Yelenick
Donald I. Strauber
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212/408-5100
212/541-5369 (fax)

**Counsel For Plaintiff(s)**

Stuart A. Davidson
Cullin A. O'Brien
Mark J. Dearman
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Richard E. Walden
Walden Law Firm, PLLC
10121 N. Rodney Parham, Suite 5
Little Rock, AR 72227
Telephone: 501/907-7000
888/220-7933 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiff,

vs.

SKINNY GIRL COCKTAIL, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

                Defendant.
_____/

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
NABIL MAJED NACHAWATI, II, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Nabil Majed Nachawati, II and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Nabil Majed Nachawati, II in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Nabil Majed Nachawati, II is granted to appear and participate in this action on behalf of Plaintiff Regina Greene. The Clerk shall provide electronic notification of all electronic filings to Nabil Majed Nachawati, II at mn@fnlawfirm.com.

Case No. 11-61965-CIV-WILLIAMS

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of _____, 20___.

_____
Kathleen M. Williams
United States District Judge

Copies furnished to:
All Counsel of Record