FILING FEE

PAID $75.00

pro hac vice ILS1000 3067

Steven M. Larimore, Clerk

FILED by _____ D.C.

DEC 23 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiff,

vs.

SKINNY GIRL COCKTAIL, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

                Defendant.

_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of R. Dean Gresham, of the law firm of Gresham PC, 2311 Cedar Springs Road, Suite 200, Dallas, TX 75201, telephone 214-420-9995, for purposes of limited appearance as co-counsel on behalf of Plaintiff Regina Greene herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit R. Dean Gresham to receive electronic filings in this case, and in support thereof states as follows:

    1.    R. Dean Gresham is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Texas, TX Bar No. 24027215, and the United States District Court for the Northern, Eastern and Southern Districts of Texas.

Case No. 11-61965-CIV-WILLIAMS

2.      Movant, Stuart A. Davidson, Esquire, of the law firm of Robbins Geller Rudman & Dowd LLP, 120 E. Palmetto Park Road, Suite 500, Boca Raton, FL 33432, telephone 561-750-3000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, R. Dean Gresham has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4B is attached hereto.

4.      R. Dean Gresham, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to R. Dean Gresham at email address: dgresham@greshampc.com..

WHEREFORE, Stuart A. Davidson moves this Court to enter an Order permitting R. Dean Gresham to appear before this Court on behalf of Plaintiff Regina Greene for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to R. Dean Gresham.

Case No. 11-61965-CIV-WILLIAMS

Dated:  December 21, 2011          Respectfully submitted,

STUART A. DAVIDSON
Fla. Bar ID No. 84824
sdavidson@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
Attorneys for Plaintiff Regina Greene

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SKINNY GIRL COCKTAIL, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

Defendant.

_____/

### CERTIFICATION OF R. DEAN GRESHAM

R. Dean Gresham, Esquire, pursuant to Rule 4B of the Special Rules Governing the
Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the
United States District Court for the Southern District of Florida; and (2) I am a member in good
standing of State Bar of Texas, TX Bar No. 24027215, and the United States District Court for the
Northern, Eastern and Southern Districts of Texas.

R. Dean Gresham

Case No. 11-61965-CIV-WILLIAMS

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited

Appearance. Consent to Designation and Request to Electronically Receive Notices of Electronic

Filings was served by  U.S. First Class Mail on December 21, 2011 on all counsel or parties of

record on the attached service list.

Stuart A. Davidson

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on Behalf
of All Others Similarly Situated,

Plaintiff,

vs.

SKINNY GIRL COCKTAIL, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

Defendant.
_____/

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
R. DEAN GRESHAM, CONSENT TO DESIGNATION AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS</u>**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of

R. Dean Gresham and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules

Governing the Admission and Practice of Attorneys in the United States District Court for the

Southern District of Florida, permission for a limited appearance of R. Dean Gresham in this matter

and request to electronically receive notice of electronic filings.  This Court having considered the

motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive

Notices of Electronic Filings is GRANTED.  R. Dean Gresham is granted to appear and participate

in this action on behalf of Plaintiff Regina Greene.  The Clerk shall provide electronic notification of

all electronic filings to R. Dean Gresham at <u>dgresham@greshampc.com</u>.

Case No. 11-61965-CIV-WILLIAMS

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of

_____, 20___.

_____

Kathleen M. Williams
United States District Judge

Copies furnished to:
All Counsel of Record

2