UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-CV-61965-KMW

REGINA GREENE, individually and on behalf
of all others similarly situated,

       Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC,
SGC GLOBAL, LLC, and BEAM GLOBAL SPIRITS
AND WINE, INC.

       Defendants.

_____/

**DEFENDANTS, SKINNY GIRL COCKTAILS, LLC'S AND SGC GLOBAL, LLC'S,
MOTION FOR CLARIFICATION OF ORDER
<u>LIFTING STAY AND REQUIRING SCHEDULING REPORT</u>**

      Defendants Skinny Girl Cocktails, LLC ("Skinny Girl") and SGC Global, LLC ("SGC")

file this their Motion for Clarification of Order Lifting Stay and Requiring Scheduling Report,

and say:

      1.     On December 28, 2011, this Court entered its Order Lifting Stay and Requiring

Scheduling Report ("Order") [D.E. 30] in response to Parties' Notice of Filing Decision of the

United States Judicial Panel on Multidistrict Litigation (the "MDL Panel") [D.E. 24] and the

Plaintiff's Motion to Lift the Stay [D.E. 26].

      2.     The Order stated that "By no later than January 20, 2012, the Defendants shall file

an **answer** to Plaintiff's Complaint." (Emphasis supplied.) The Court's Order makes no mention

of Defendants' response to Plaintiff's Motion to Lift Stay [D.E. 27], which set forth Plaintiff's

agreement with Defendants' request that Skinny Girl and SGC  be granted up to and including January 20, 2012 in which to **respond** to Plaintiff's Complaint.

3.      Defendants' agreed-to request to file a response (which included the possibility of a motion to dismiss) by no later than January 20, 2012 was consistent with this Court's prior Order [D.E. 20] granting  Skinny Girl's and SGC's Motion for an Extension of Time to respond to Plaintiff's Complaint [D.E. 18]. The text of this Court's prior Order [D.E. 20] expressly granted Skinny Girl and SGC the right to respond to (rather than just answer) the Plaintiff's Complaint.[1]

4.      Given Plaintiff's agreement that Defendants Skinny Girl and SGC Global could respond (including the filing of a motion to dismiss) to Plaintiff's Complaint by January 20, 2012, and this Court's prior Order granting similar relief, Defendants, Skinny Girl and SGC Global, respectfully request clarification of the Order to confirm that Defendants Skinny Girl and SGC Global may file a motion to dismiss, as set forth in the Court's prior order and the parties' agreement.

## CONCLUSION

For the reasons stated above, Skinny Girl and SGC Global respectfully request this Court to grant their motion for clarification of this Court's Order [D.E. 30] and confirm that Defendants may file a motion to dismiss in response to Plaintiff's complaint by January 20, 2012, and for such other and further relief as this Court deems appropriate.

---

[1]      The Clerk's entries on the official docket for  both D.E. 18 and D.E. 20 erroneously describe the Defendants' Unopposed Motion for Extension [D.E. 18] and this Court's Order  [D.E. 20] as relating to "answer[s]" instead of responses. The texts of both filings reflect that Defendants were granted the right to file responses to Plaintiff's Complaint, which would include the possibility of a motion to dismiss.

## CERTIFICATION OF COUNSEL

The undersigned counsel for Defendants Skinny Girl Cocktails, LLC and SGC Global, LLC hereby certifies that, upon conferral with counsel for the parties, Plaintiff does not oppose this Motion and agrees to the relief requested, and that Beam Global Spirits and Wine, Inc. has no objection to the relief requested by this Motion.

Respectfully submitted,

*Counsel for Defendants SKINNY GIRL COCKTAILS, LLC and SGC GLOBAL, LLC*

/s/ *Jeffrey Allan Hirsch*
Jeffrey Allan Hirsch, Esquire
Florida Bar No.  199850
*Email*:  hirsch@gtlaw.com
**GREENBERG TRAURIG, P.A.**
401 East Olas Boulevard, Suite 2000
Fort Lauderdale, Florida  33301
Telephone:  954-768-8285
Facsimile:  954-765-1477

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Using the electronic case filing system  send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/*Jeffrey Allan Hirsch*
Jeffrey Allan Hirsch