UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-61965-KMW

REGINA GREENE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL, LLC, and BEAM GLOBAL SPIRITS AND WINE, INC.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR CLARIFICTION

THIS MATTER is before the Court upon Defendants' Motion for Clarification [D.E. 33] of this Court's Order issued December 28, 2012 [D.E. 30]. In its Order, the Court stated that the Defendants shall file their answer to Plaintiff's Complaint by January 20, 2012. The Defendants wished to have clarified that January 20, 2012 is the deadline for any appropriate defense response to the Complaint, including a motion to dismiss. Defendants' Motion is GRANTED. The Defendant must respond to Plaintiff's Complaint by January 20, 2012.

**DONE AND ORDERED** in Chambers at Miami-Dade County, this 30 day of December, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE