UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

SKINNY GIRL COCKTAIL, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

        Defendant.
_____/

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
NABIL MAJED NACHAWATI, II, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS MATTER comes before the Court on the Motion for Limited Appearance of Nabil Majed Nachawati, II and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Nabil Majed Nachawati, II in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is ORDERED and ADJUDGED that the Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Nabil Majed Nachawati, II is granted to appear and

- 2 -

participate in this action on behalf of Plaintiff Regina Greene. The Clerk shall provide electronic notification of all electronic filings to Nabil Majed Nachawati, II at mn@fnlawfirm.com.

DONE AND ORDERED in Chambers at Miami, Florida this 30 day of December, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record