UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

SKINNY GIRL COCKTAIL, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF R. DEAN GRESHAM, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS MATTER comes before the Court on the Motion for Limited Appearance of R. Dean Gresham and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of R. Dean Gresham in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is ORDERED and ADJUDGED that the Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. R. Dean Gresham is granted to appear and participate

- 2 -

in this action on behalf of Plaintiff Regina Greene. The Clerk shall provide electronic notification of all electronic filings to R. Dean Gresham at dgresham@greshampc.com.

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of December, 2011.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record