UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL, LLC and BEAM GLOBAL SPIRITS AND WINE, INC.

Defendants.

_______________________________________/

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY**

Plaintiff Regina Greene ("Plaintiff"), pursuant to S.D. Fla. L.R. 56.1(a), hereby submits the following Statement of Material Facts in Support of her Motion for Partial Summary Judgment as to Liability against Defendants Skinny Girl Cocktails, LLC, SGC Global, LLC, and Beam Global Spirits and Wine, Inc. (collectively, "Skinny Girl" or "Defendants"):

**STATEMENT OF MATERIAL FACTS**

1. Bethenny Frankel ("Frankel") is a celebrity and natural foods chef who has appeared on reality television programs, such as *The Apprentice: Martha Stewart*, and was one of the original housewives on *The Real Housewives of New York City*.[1] [Dkt. No. 1, ¶5]. Frankel also travels the United States speaking on topics that include natural foods. [*Id.*].

2. In early 2009, Frankel launched the Skinny Girl brand. [Dkt. No. 1, ¶4]. In early 2010, Defendants launched Skinnygirl Margarita ("Skinnygirl Margarita" or "Margarita"), with its well known signature Margarita, a 100-calorie, ready-to-drink product. [*Id.*].

3. Since 2010, Defendants have marketed, promoted, and sold Skinnygirl Margaritas throughout the United States. [Dkt. No. 1, ¶20]. Through an extensive marketing campaign *via* print, online, and in-store advertisements, Defendants represented that Skinnygirl Margaritas were "All Natural." [*Id.*].

4. By at least April of 2011, Skinnygirl Margaritas had become "the fastest growing ready-to-drink cocktail" in the United States.[2]

5. Defendants marketed Skinnygirl Margaritas as containing All Natural ingredients and no preservatives with the intention of having consumers associate their Margaritas as the only Margaritas that contain All Natural ingredients and no preservatives. [Dkt. No. 1, ¶¶22-23].

---

1 *See* Declaration of Stuart A. Davidson ("Davidson Decl."), at **Exhibit A,** filed herewith.

2 *See* Davidson Decl., at **Exhibit B.**

6. Defendants further packaged their Margaritas in a bottle with a label containing the phrase "All Natural." [Dkt. No. 1, ¶21]. The following is a picture of the front label of the Skinnygirl Margarita bottle:




[*Id.*].

7. In fact, in an attempt to have consumers view Defendants' Margaritas as an All Natural product, the Skinny Girl website stated the following regarding the Margaritas:

> "Everyone loves margaritas, but no one wants the guilt or the calories. That's why I created the Skinnygirl Margarita. At only 100 calories for a full 4 oz serving, all natural ingredients, no preservatives or artificial colors, lightly sweetened with agave nectar and made with premium Blue Agave clear Tequila, Skinny Girl is the margarita you can trust."
>
> -- Bethenny Frankel
>
> The Skinnygirl Margarita was created by Bethenny Frankel, a renowned natural foods chef, author of the New York Times Bestseller, Naturally Thin, and star of Real Housewives of New York City. As a chef and a mixologist, Bethenny is an expert in taking high calorie or otherwise unhealthy foods or cocktails, and making healthier versions of them. In the case of the margarita, this happened to be one of Bethenny's favorite cocktails. She also knew the typical margarita served in a restaurant had over 500 calories in a 4 oz serving. So, she created her own recipe for the margarita, which was silver tequila, the juice from three lime wedges and a tiny splash of Triple Sec. She mentioned this recipe on Real Housewives Season 1, after which the most asked question on the Bravo Web Site was, "How do I make a

> Skinnygirl Margarita?" Prepared cocktails were also very high in calories, and were generally made with high fructose corn syrup, yellow dye # 5, preservatives and other ingredients Bethenny would never include in any product she would drink let alone sell. She then realized that there was an opportunity: To create a low-calorie, all-natural prepared margarita for people like her, who are concerned about calories and ingredients, but still want to enjoy a cocktail responsibly.[3]

[Dkt. No. 1, ¶23].

8. Indeed, on March 21, 2011, Frankel was interviewed by THE WALL STREET JOURNAL, and, in discussing Skinnygirl Margarita, Frankel said "her margarita has ***only natural ingredients***, with ***no preservatives*** or artificial colors; it is lightly sweetened with agave nectar."[4] [Dkt. No. 1, ¶25].

9. As a result of Frankel's marketing campaign, when the public thinks of Frankel and the Skinny Girl brand, the perception is *All Natural*. Defendants are aware of this perception, and they capitalized on it. Indeed in 2011, Skinny Girl expected sales of approximately 100,000 cases of Margaritas per year, and corporate America took notice. In early 2011, Beam Global Spirits and Wine, Inc. purchased the Skinny Girl brand for $120 Million. Of course, it was no surprise that Frankel would remain heavily involved in promoting the product.[5] [Dkt. No. 1, ¶26].

10. On or about September 1, 2011, Whole Foods, a retail seller of Skinnygirl Margaritas, announced that it would discontinue the sale of the Margaritas because the Margaritas were not All Natural.[6] [Dkt. No. 1, ¶27].

11. In response to Whole Foods' decision to discontinue selling Defendants' Margaritas, Defendants conceded that "Skinnygirl Margarita contains very low levels of sodium benzoate (a preservative) so it can stay on the shelves."[7] [Dkt. No. 1, ¶28].

---

[3] *See* Davidson Decl., at **Exhibit C.**
[4] *See* Davidson Decl., at **Exhibit D.**
[5] *See id.*
[6] *See* Davidson Decl., at **Exhibit E.**

12. Sodium benzoate is primarily used as a preservative and corrosion inhibitor.[8] Sodium benzoate has the chemical formula $C_7H_5O_2Na$,[9] and is produced by reacting sodium hydroxide with benzoic acid[10]:

Benzoic acid Sodium benzoate

13. When Sodium benzoate is combined with Vitamin C, moreover, it creates Benzene, which is a known carcinogen at certain levels.[11] In fact, the FDA reopened a study on Benzene and the relationship between sodium benzoate and Vitamin C.[12] [Dkt. No. 1, ¶30].

14. Plaintiff and other consumers purchased Skinnygirl Margaritas based upon Defendants' specific representations that the Margaritas contained All Natural ingredients. [Dkt. No. 1, ¶31].

15. In response to claims that Skinnygirl Margaritas were not All Natural, Frankel herself admitted, "I'm not making wheatgrass here. If I could put an agave plant and some limes on a shelf I would. [The Skinnygirl Margarita] is ***as close to nature as possible***."[13] [Dkt. No. 1, ¶32].

16. If Frankel's admission above were not enough, subsequent to the filing of Plaintiff's Complaint, Defendants changed their website, admitting that Skinnygirl Margaritas were ***not*** All Natural, but only "as natural as they can be," and that the Margaritas did, in fact, contain an FDA-

---

7 *See* Davidson Decl., at **Exhibit F.**
8 *See* Davidson Decl., at **Exhibit G**, at pp. 5, 30.
9 *See* Davidson Decl., at **Exhibit H.**
10 *See* Davidson Decl., at **Exhibit G**, at p. 7.
11 *See* Davidson Decl., at **Exhibit I.**
12 *See id.*
13 *See* Davidson Decl., at **Exhibit J.**

approved preservative.[14] Defendants failed, however, to specifically identify all of the unnatural preservatives, or other ingredients, actually contained in Skinnygirl Margaritas:

## Skinnygirl Margarita

"Everyone loves margaritas, but no one wants the guilt or the calories. That's why I created the Skinnygirl Margarita. At only 100 calories for a full 4 oz serving, natural flavors, lightly sweetened with agave nectar and made with premium Blue Agave clear Tequila, Skinnygirl is the margarita you can trust."
-Bethenny Frankel

Bethenny Frankel is a renowned natural foods chef and mixologist, author of the New York Times Bestseller "Naturally Thin," star of Bethenny Ever After...and expert in making delicious lower calorie versions of food and cocktails.

Knowing that restaurant margaritas and cocktails are high in calories, high fructose corn syrup, preservatives and more, Bethenny saw an opportunity: create a low-calorie, naturally prepared margarita for people like her, who are concerned about calories and ingredients, but still want the delicious margarita taste they love.

Bethenny's Skinnygirl Margarita combines clear tequila, the juice from three lime wedges and a tiny splash of Triple Sec.

Skinnygirl Margarita meets the highest quality standards, is as natural as it can be while meeting consumer expectations for shelf stability, and we stand by it 100%. In order to keep the product as fresh as possible, the product contains an incredibly small amount of a very commonly used FDA-approved beverage preservative. Skinnygirl is made with as few ingredients as possible and its flavor ingredients are indeed natural.




17. Then, only hours after specifically admitting the ingredients in Skinnygirl Margaritas were not All Natural, and that Skinnygirl Margaritas, in fact, contained preservatives, Defendants again altered their website in an effort to conceal their admissions. Specifically, Defendants removed the admission that Skinnygirl Margaritas were "as natural as they can be" to admit that the Margaritas are not All Natural by omitting "All" from their natural claim: "Skinnygirl is made with

---

[14] *See* Davidson Decl., at **Exhibit K.**

natural ingredients."[15] Furthermore, Defendants also modified the Margarita label to read "Natural Flavor" rather than the previous "All Natural":

Skinnygirl Margarita

"Everyone loves margaritas, but no one wants the guilt or the calories. That's why I created the Skinnygirl Margarita. At only 100 calories for a full 4 oz serving, natural flavors, lightly sweetened with agave nectar and made with premium Blue Agave clear Tequila, Skinnygirl is the margarita you can trust."
-Bethenny Frankel

Bethenny Frankel is a renowned natural foods chef and mixologist, author of the New York Times Bestseller "Naturally Thin," star of Bethenny Ever After...and expert in making delicious lower calorie versions of food and cocktails.

Knowing that restaurant margaritas and cocktails are high in calories, high fructose corn syrup, preservatives and more, Bethenny saw an opportunity: create a low-calorie, naturally prepared margarita for people like her, who are concerned about calories and ingredients, but still want the delicious margarita taste they love.

Bethenny's Skinnygirl Margarita combines clear tequila, the juice from three lime wedges and a tiny splash of Triple Sec.

SETTING THE RECORD STRAIGHT ON SKINNYGIRL MARGARITA

Skinnygirl Margarita meets the highest quality standards. As Bethenny says, "I wouldn't sell anything that I don't drink myself."

Our focus is continuing to build the fast-growing Skinnygirl cocktails brand and to bring new innovations to consumers looking for delicious, low-calorie ready-to-serve cocktails. Skinnygirl is made with natural ingredients. The margarita product formulation includes a minuscule amount of a widely used FDA-approved ingredient that protects quality and is found on virtually every aisle of the supermarket in popular brands of beverages, food and everyday items.

Together we routinely review the marketing, innovation and packaging of the Skinnygirl cocktails line. Among our recent joint decisions was to introduce consistent labeling across the expanding Skinnygirl cocktails platform. While the current margarita label is consistent with U.S. federal regulations, modifying the language on the margarita label to say 'Natural Flavor' will align the labeling with the more recently introduced Skinnygirl Sangria. This has been in the works for weeks and should appear in the coming months.

Skinnygirl
MARGARITA



18. Sometime after approximately three other complaints were filed against Defendants, Defendants again altered their website to state, among other things, that Plaintiff's case is frivolous despite Defendants' prior admissions:[16]

---

15 *See* Davidson Decl., at **Exhibit L.**

16 *See* Davidson Decl., at **Exhibit M.**





## Skinnygirl Margarita

"Everyone loves margaritas, but no one wants the guilt or the calories. That's why I created the Skinnygirl Margarita. At only 100 calories for a full 4 oz serving, natural flavors, lightly sweetened with agave nectar and made with premium Blue Agave clear Tequila, Skinnygirl is the margarita you can trust."
-Bethenny Frankel

Bethenny Frankel is a renowned natural foods chef and mixologist, author of the New York Times Bestseller "Naturally Thin," star of Bethenny Ever After...and expert in making delicious lower calorie versions of food and cocktails.

Knowing that restaurant margaritas and cocktails are high in calories, high fructose corn syrup, preservatives and more, Bethenny saw an opportunity: create a low-calorie, naturally prepared margarita for people like her, who are concerned about calories and ingredients, but still want the delicious margarita taste they love.

Bethenny's Skinnygirl Margarita combines clear tequila, the juice from three lime wedges and a tiny splash of Triple Sec.

**Setting the Record Straight on Skinnygirl Margarita: Joint Statement of Bethenny Frankel and Beam Global Spirits & Wine**

Skinnygirl Margarita meets the highest quality standards. As Bethenny says, "I wouldn't sell anything that I don't drink myself."

In today's litigious society, nothing is surprising. The litigation filed in relation to the labeling of Skinnygirl Margarita is frivolous. We will defend our case vigorously, and we are fully confident we will prevail.

Our focus is continuing to build the fast-growing Skinnygirl cocktails brand and to bring new innovations to consumers looking for delicious, low-calorie ready-to-serve cocktails. Skinnygirl is made with natural ingredients. The margarita product formulation includes a minuscule amount of a widely used FDA-approved ingredient that protects quality and is found on virtually every aisle of the supermarket in popular brands of beverages, food and everyday items.

Together we routinely review the marketing, innovation and packaging of the Skinnygirl cocktails line. Among our recent joint decisions was to introduce consistent labeling across the expanding Skinnygirl cocktails platform. While the current margarita label is consistent with U.S. federal regulations, modifying the language on the margarita label to say 'Natural Flavor' will align the labeling with the more recently introduced Skinnygirl Sangria. This has been in the works for weeks and should appear in the coming months.



19. Finally, on December 1, 2011, at a multidistrict litigation ("MDL") hearing before the Judicial Panel on Multidistrict Litigation, counsel for Defendants admitted in open court that "the product indeed contains sodium benzoate. It contains it in an infinitesimally tiny amount but, yes, it is definitely in there. We don't contest that."[17]

20. Plaintiff purchased Skinnygirl Margaritas because the product's label and marketing deceived her into thinking that the Margaritas contained All Natural ingredients and no preservatives. [Dkt. No. 1, ¶36].

---

[17] *See* Davidson Decl., at **Exhibit N** (MDL Hrg. Trans., at 14:4-7).

21. All consumers purchased Skinnygirl Margaritas because of these same deceptions [Dkt. No. 1, ¶¶4-12, 39].

22. Plaintiff sent notice of Defendants' misconduct to Defendants on September 2, 2011 and demanded that Defendants cease their misconduct.[18]

DATED: January 4, 2012

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
Florida Bar No. 084824
CULLIN A. O'BRIEN
Florida Bar No. 597341
MARK DEARMAN
Florida Bar No. 0982407

*s/Stuart A. Davidson*
STUART A. DAVIDSON

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
Facsimile: 561/750-3364
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com

Richard E. Walden
Walden Law Firm, PLLC
10121 N. Rodney Parham, #5
Little Rock, AR 72227
Telephone: 501/907-7000
Facsimile: 888/220-7933
rwalden@waldenlawfirm.com

18 *See* Davidson Decl., at **Composite Exhibit O.**

R. Dean Gresham (admitted *pro hac vice*)
GRESHAM pc
2311 Cedar Springs Road, Suite 200
Dallas, TX 75201
Telephone: 214/420-9995
Facsimile: 214/526-5525
dgresham@greshampc.com

Nabil Majed Nachawati, II (admitted *pro hac vice*)
Fears | Nachawati
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
mn@fnlawfirm.com

Attorneys for Plaintiff and the Class

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 4, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

*s/Stuart A. Davidson*
Stuart A. Davidson