UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

            Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC and BEAM GLOBAL
SPIRITS AND WINE, INC.

            Defendants.

_____/

**NOTICE OF STRIKING DOCKET ENTRY**

Plaintiff Regina Greene ("Plaintiff") hereby gives notice of striking docket entry 38 that was inadvertently filed as a motion. Plaintiff's Statement of Material Facts in Support of Plaintiff's Motion for Partial Summary Judgment as to Liability is now properly filed as docket entry 40.

DATED: January 4, 2012

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
Florida Bar No. 084824
CULLIN A. O'BRIEN
Florida Bar No. 597341
MARK DEARMAN
Florida Bar No. 0982407


        *s/Stuart A. Davidson*
      STUART A. DAVIDSON

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: 561/750-3000
Facsimile:  561/750-3364
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com

Richard E. Walden
Walden Law Firm, PLLC
10121 N. Rodney Parham, #5
Little Rock, AR  72227
Telephone: 501/907-7000
Facsimile:  888/220-7933
rwalden@waldenlawfirm.com

R. Dean Gresham (admitted *pro hac vice*)
GRESHAM pc
2311 Cedar Springs Road, Suite 200
Dallas, TX  75201
Telephone: 214/420-9995
Facsimile:  214/526-5525
dgresham@greshampc.com

- 1 -

- 2 -

> Nabil Majed Nachawati, II (admitted *pro hac vice*)
> Fears ı Nachawati
> 4925 Greenville Avenue, Suite 715
> Dallas, TX  75206
> Telephone: 214/890-0711
> mn@fnlawfirm.com
>
> Attorneys for Plaintiff and the Class

- 3 -

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 4, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

                                                          *s/Stuart A. Davidson*
                                                          Stuart A. Davidson