UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-CV-61965-KMW

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

    Defendants.
_____

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS MATTER comes before the Court on the Motion to Appear *Pro Hac Vice* for Robert J. Herrington, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Robert J. Herrington, may appear and participate in this action on behalf of Skinny Girl Cocktails, LLC and SGC Global, LLC. The Clerk shall provide electronic notification of all electronic filings to Robert J. Herrington, at HerringtonR@gtlaw.com and Hagemane@gtlaw.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this 9th day of January 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record