[Stamp: FILING FEE 75.00 PAID, pro hac vice S1500000Z140, Steven M. Larimore, Clerk]

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: 11-CV-61965-KMW

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC and BEAM GLOBAL
SPIRITS AND WINE, INC.,

    Defendants.



**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Rick L. Shackelford of the law firm of Greenberg Traurig, LLP, 2450 Colorado Avenue, Suite. 400E, Santa Monica, CA 90404, (310) 586-7700, for purposes of appearance as co-counsel on behalf of Skinny Girl Cocktails, LLC and SGC Global, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Rick L. Shackelford to receive electronic filings in this case, and in support thereof states as follows:

1.    Rick L. Shackelford is not admitted to practice in the Southern District of Florida and is a member in good standing of: the State Bar of California; United States District Court for the Central, Southern, Northern and Eastern Districts of California; and Court of Appeals for the 9th Circuit.

2. Movant, Jeffrey Allan Hirsch, Esquire, of the law firm of Greenberg Traurig, LLP, 401 E. Las Olas Blvd., Suite 2000, Fort Lauderdale, Florida 33301, (954) 765-0500 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Rick L. Shackelford has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Rick L. Shackelford, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Rick L. Shackelford at email address: Shackelfordr@gtlaw.com and Gutierrezd@gtlaw.com

WHEREFORE, Jeffrey Allan Hirsch, moves this Court to enter an Order Rick L. Shackelford, to appear before this Court on behalf of Skinny Girl cocktails, LLC and SGC Global, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Rick L. Shackelford.

Date: January 12, 2012.

Respectfully submitted,

*Counsel for Defendants SKINNY GIRL COCKTAILS, LLC and SGC GLOBAL, LLC*

By: _____
Jeffrey Allan Hirsch, Esquire
Florida Bar No. 199850
*Email*: hirsch@gtlaw.com
**GREENBERG TRAURIG, P.A.**
401 East Olas Boulevard
Suite 2000
Fort Lauderdale, Florida 33301
Telephone: 954-768-8285
Facsimile: 954-765-1477

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of January 2012, a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by electronic notification through the CM/ECF system on all counsel or parties of record on the attached Service List.

_____
Jeffrey Allan Hirsch

## SERVICE LIST

*Counsel for Plaintiffs and the Class*
Stuart A. Davidson
Florida Bar No.: 084824
Email: sdavidson@rgrdlaw.com
Cullin A. O'Brien
Florida Bar No. 597341
Email: cobrien@rgrdlaw.com
Mark J. Dearman
Florida Bar No. 982407
ROBBINS GELLER RUDMAN
& DOWD LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, Florida 33432
Telephone: 561-750-3000
Facsimile: 561-750-3364

WALDEN LAW FIRM, PLLC
Ark. Bar No. 2006069
Email: rwalden@waldenlawfirm.com
10121 N. Rodney Parham #5
Little Rock, AR 72227
Telephone: 501-907-7000
Facsimile: 888-220-7933

Nabil Majed Nachawati, II
Email: mn@fnlawfirm.com
FEARS NACHWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214-890-0711
*PRO HAC VICE*

R. Dean Gresham
Email: dgresham@greshampc.com
GRESHAM PC
2311 Cedar Springs Road, Suite 200
Dallas, Texas 75201
Telephone: 214-420-9995
*PRO HAC VICE*

*Counsel for Beam Global Spirits and Wine, Inc.*
Benjamine Reid
Florida Bar No. 183522
E-mail: breid@carltonfields.com
CARLTON FIELDS, P.A.
100 S.E. Second Street, #4200
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

Donald I. Strauber
Email: dstrauber@chadbourne.com
Mary T. Yelenick
Email: myelenick@chadbourne.com
CHADBOURNE & PARKE
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212-408-5100
*PRO HAC VICE*

Garrett S. Kamen
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
212-408-5100
Email: gkamen@chadbourne.com
LEAD ATTORNEY
PRO HAC VICE

Mary T. Yelenick
Chadbourne & Parke
30 Rockefeller Plaza
New York, NY 10112
212-408-5100
Email: myelenick@chadbourne.com
LEAD ATTORNEY
PRO HAC VICE

<u>**Counsel for Beam Global Spirits and Wine, Inc.**</u>
Amy Lane Hurwitz
Carlton Fields
100 SE 2nd Street
Suite 4200 PO Box 019101
Miami, FL 33131-9101
305-530-0050
Fax: 530-0055
Email: ahurwitz@carltonfields.com

DEN 97,712,976v1 1-11-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-CV-61965-KMW

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC and BEAM GLOBAL
SPIRITS AND WINE, INC.,

    Defendants.

## CERTIFICATION OF RICK L. SHACKELFORD

Rick L. Shackelford, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of: the State Bar of California; United States District Court for the Central, Southern, Northern and Eastern Districts of California; and Court of Appeals for the 9th Circuit.

                                                                            Rick L. Shackelford

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-CV-61965-KMW

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC and BEAM GLOBAL
SPIRITS AND WINE, INC.,

    Defendants.

_____

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Rick L. Shackelford, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Rick L. Shackelford, may appear and participate in this action on behalf of Skinny Girl Cocktails, LLC and SGC Global, LLC. The Clerk shall provide electronic notification of all electronic filings to Rick L. Shackelford, at ShackelfordR@gtlaw.com and Gutierrezd@gtlaw.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this

_____ day of January 2012.

                                                            _____
                                                            Kathleen M. Williams
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record

DEN 97,712,973v1 1-11-12