UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-CV-61965-KMW

REGINA GREENE, Individually and on Behalf of
All Others Similarly Situated,

    Plaintiff,

v.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL SPIRITS
AND WINE, INC.,

    Defendants.
_____/

## ORDER GRANTING AGREED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY

THIS MATTER comes before the Court upon Defendants' Agreed Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment as to Liability [D.E. 37]. Having considered the Motion and the Record, it is ORDERED and ADJUDGED that the motion is GRANTED. Defendants shall have up to and including February 13, 2012, within which to file their response to Plaintiff's Motion for Partial Summary Judgment as to Liability.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of January, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record