UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number:  0:11-cv-61965-KMW

REGINA GREENE, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL, LLC, and BEAM GLOBAL SPIRITS AND WINE, INC.,

    Defendants.

## NOTICE OF APPEARANCE

The undersigned, an attorney with the law firm of Greenberg Traurig, P.A., hereby gives notice of her appearance in this action as counsel for Defendants SKINNY GIRL COCKTAILS, LLC and SGC GLOBAL, LLC.  The undersigned respectfully requests that she be placed on all service lists and that all future papers also be served on the undersigned.

    Respectfully submitted,

| | |
|---|---|
| Co-Counsel: | GREENBERG TRAURIG, P.A. |
| Robert J. Herrington | *Attorneys for Defendants Skinny Girl and SGC* |
| California Bar No. 234417 | |
| 2450 Colorado Avenue | 401 East Las Olas Boulevard |
| Suite 400E | Suite 2000 |
| Santa Monica, CA 90404 | Fort Lauderdale, FL  33301 |
| Email: herringtonr@gtlaw.com | Telephone:  (954) 765-0500 |
| Telephone:  (310) 586-7700 | Facsimile:  (954) 765-1477 |
| (admitted *pro hac vice*) | |
| | s/ *Kristina L. Arnsdorff* |
| | JEFFREY ALLAN HIRSCH |
| | Florida Bar No.  199850 |
| | Email: hirschj@gtlaw.com |
| | KRISTINA L. ARNSDORFF |
| | Florida Bar No. 0040596 |
| | Email:  arnsdorffk@gtlaw.com |

Case Number:  0:11-cv-61965-KMW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Kristina L. Arnsdorff*
KRISTINA L. ARNSDORFF

Case Number:  0:11-cv-61965-KMW

## SERVICE LIST

*Counsel for Plaintiffs and the Class*
Stuart A. Davidson
Florida Bar No.:  084824
Email:  *sdavidson@rgrdlaw.com*
Cullin A. O'Brien
Florida Bar No. 597341
Email: *cobrien@rgrdlaw.com*
Mark J. Dearman
Florida Bar No. 982407
ROBBINS GELLER RUDMAN
& DOWD LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, Florida  33432
Telephone:  561-750-3000
Facsimile:  561-750-3364

WALDEN LAW FIRM, PLLC
Ark. Bar No.  2006069
Email:  *rwalden@waldenlawfirm.com*
10121 N. Rodney Parham #5
Little Rock, AR  72227
Telephone:  501-907-7000
Facsimile:  888-220-7933

Nabil Majed Nachawati , II
Email*: mn@fnlawfirm.com*
FEARS NACHWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214-890-0711
*PRO HAC VICE*

R. Dean Gresham
Email: *dgresham@greshampc.com*
GRESHAM PC
2311 Cedar Springs Road,  Suite 200
Dallas, Texas 75201
Telephone: 214-420-9995
*PRO HAC VICE*

*Counsel for Beam Global Spirits and Wine, Inc*.
Benjamine Reid
Florida Bar No. 183522
E-mail*: breid@carltonfields.com*
CARLTON FIELDS, P.A.
100 S.E. Second Street, #4200
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

Donald I. Strauber
Email: *dstrauber@chadbourne.com*
Mary T. Yelenick
Email*: myelenick@chadbourne.com*
CHADBOURNE & PARKE
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212-408-5100
*PRO HAC VICE*

Garrett S. Kamen
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
212-408-5100
Email: gkamen@chadbourne.com
LEAD ATTORNEY
PRO HAC VICE

Mary T. Yelenick
Chadbourne & Parke
30 Rockefeller Plaza
New York, NY 10112
212-408-5100
Email: myelenick@chadbourne.com
LEAD ATTORNEY
PRO HAC VICE

Case Number:  0:11-cv-61965-KMW

***Counsel for Beam Global Spirits and Wine, Inc.***
Amy Lane Hurwitz
Carlton Fields
100 SE 2nd Street
Suite 4200 PO Box 019101
Miami, FL 33131-9101
305-530-0050
Fax: 530-0055
Email: ahurwitz@carltonfields.com