UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-61965-KMW

REGINA GREENE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL, LLC, and BEAM GLOBAL SPIRITS AND WINE, INC.,

    Defendants.

_____/

## ORDER SETTING STATUS CONFERENCE

The Parties are ORDERED to appear before the Honorable Kathleen M. Williams for a status conference on February 21, 2012 at 2:00 PM in the Miami Division. Any Party wishing to appear by phone may do so, but must call Chambers at (305) 523-5540 at least two (2) business days in advance to set up the conference.

**DONE AND ORDERED** in Chambers at Miami-Dade County, this 31st day of January, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE