# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

IRL COCKTAILS, LLC, SGC
LLC AND BEAM GLOBAL
D WINE, INC.

                Defendants.
_____/

**DECLARATION OF STEVE FECHHEIMER IN SUPPORT OF BEAM GLOBAL
SPIRITS & WINE, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT AS TO LIABILITY**

CPAM: 4480862.1

I, Steve Fechheimer, state and declare as follows:

1. I am currently Vice President, Skinnygirl Global Strategy, of Jim Beam Brands Co., a position I have held since August 2011. From October 2009 to August 2011, I was Vice President for Strategy and Corporate Development of Beam, Inc. In that capacity, I was personally involved in and responsible for many aspects of the Skinnygirl acquisition referenced below, including key negotiations of the agreement with the sellers. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to them. I submit this declaration in support of Beam Global Spirits & Wine, LLC's Opposition to Plaintiff's Motion for Partial Summary Judgment as to Liability.

2. Jim Beam Brands Co. ("Jim Beam"), a wholly owned subsidiary of Beam Global Spirts & Wine, LLC ("Beam Global") purchased the "Skinnygirl Margarita" trademark and certain related rights in a March 17, 2011, asset-purchase agreement with Skinny Girl Cocktails LLC and others.

3. Before March 17, 2011, Beam Global and Jim Beam did not own the Skinnygirl Margarita trademark, and did not have any involvement in marketing or selling the Skinnygirl Margarita product.

4. Neither Beam Global nor Jim Beam assumed any liability for Skinnygirl Margarita sales or marketing activities occurring before the March 17, 2011 acquisition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 10, 2012, at Deerfield, Illinois.

_____
Steve Fechheimer

1

CPAM: 4480862.1