# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC AND BEAM GLOBAL
SPIRITS AND WINE, INC.

Defendants.

_____/

**DECLARATION OF DONALD I STRAUBER IN SUPPORT OF BEAM GLOBAL
SPIRITS & WINE, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT AS TO LIABILITY**

I, Donald I Strauber, state and declare as follows:

1.      I am a partner at Chadbourne & Parke LLP, counsel of record for defendant Beam Global Spirits & Wine, LLC ("Beam Global") and the lead trial attorney for Beam Global in this action.  I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to them, based either on my first-hand knowledge or on my personal review of the documents referred to herein.  I submit this declaration in support of Beam Global's Opposition to Plaintiff's Motion for Partial Summary Judgment as to Liability.

2.      Beam Global was served with Plaintiff's Complaint on or about September 7, 2011.  See Dkt. No. 4  On October 28, 2011, Beam Global answered the Complaint, denying each of the essential elements of the four claims asserted against Beam Global.  See Dkt. No. 14. The case was stayed from November 14, 2011, to December 28, 2011, pending the decision by the Panel on Multidistrict Litigation on Plaintiff's motion for transfer.  See Dkt. Nos. 23, 30. Pursuant to stipulation, Defendants Skinny Girl Cocktails, LLC and SGC Global, LLC were afforded until January 20, 2012, to respond to the Complaint, and then moved to dismiss pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6).  See Dkt. Nos. 34, 49.  That motion is still pending: Plaintiff's opposition is due February 21, 2012.  The Rule 16 conference has not yet been held and per agreement, the Rule 26 disclosures are not due until February 15, 2012.

3.      Beam Global will require discovery regarding Plaintiff's alleged purchase of Skinnygirl Margarita, her claimed injury and damages, and her suitability as a purported class representative (among other things) in order to fully challenge the merits of Plaintiff's claims and present facts essential to its defenses.  It has not yet done so because, as noted above, the pleadings are not yet settled and Plaintiff has not made her Rule 26 disclosures, which require Plaintiff to provide Beam Global with the identity of each individual with discoverable information supporting her claims, the documents (or a description of the documents) supporting her claims, and a computation of her damages.  Beam Global's discovery will be aided by its review of Plaintiff's Rule 26 materials before it propounds written discovery and deposes Plaintiff and third parties.  Additionally, Beam Global may seek to proffer expert testimony regarding certain aspects of Plaintiff's claims, and has not yet had an adequate opportunity to develop such evidence.

CPAM 4476762 3

4.      For the Court's convenience, Attachment A hereto is a true and correct copy of Industry Circular 89-3 (Feb. 23, 1989), available from the Department of Treasury Alcohol Tax & Trade Bureau ("TTB") website, http://www.ttb.gov/industry_circulars/archives/1989/89 03.html.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February *10*, 2012 in New York, New York.

Donald I Strauber

# Exhibit A

**Industry Circular**

Number: 89-3

Date: February 23, 1989

**Department of the Treasury**

**Bureau of Alcohol, Tobacco and Firearms**

**Washington, DC 20226**



To download a PDF file, you must have Adobe Acrobat Reader software installed on your system.  To download a free copy of Adobe Reader, click here.

FORMULAS FOR WINES, DISTILLED SPIRITS AND
FLAVORS USED IN ALCOHOL BEVERAGES

Proprietors of Bonded Wineries, Bonded Wine Cellars, Beverage Distilled Spirits Plants, Manufacturers of Flavors for Use in Alcohol Beverages and Others Concerned:

Purpose.  The purpose of this circular is to clarify and provide information and guidelines for the completion and submission of formulas for:

1. Wines (ATF Form 5120.29)
2. Distilled Spirits (ATF Form 5110.38)
3. Flavors used in alcohol beverages

Background.  The processing of each applicant's beverage and nonbeverage formulas can be facilitated by the submission of formulas that are properly completed. In addition to following the guidelines presented in this circular, the instructions on the reverse side of each form must be followed and each item to be completed by the applicant must contain the required information.  The listing of the formula ingredients must be as specific and detailed as required by this circular.  All ingredients must be approved for food or beverage use by the U.S. Food and Drug Administration (USFDA).  Previously submitted formulas are not affected by the requirements of this circular.

This circular is divided into three sections.  The first section deals with formulas for beverage products; the second section deals with formulas for flavors used in alcohol beverages; the third section includes examples of wine, distilled spirits and flavor formulas.

Section I.  BEVERAGE FORMULAS

1. General information applicable to both wine and distilled spirits product formulas.

<u>Flavor Information</u>

Formulas for wine and distilled spirits products produced
with flavors must include specific information on these
flavors.

A.  If the flavor is produced in the U.S., include the
following:

  1.  Name of the flavor

  2.  Name and address of the flavor manufacturer

  3.  Manufacturer's product number (if none, so
      indicate)

  4.  Drawback formula number (if none, so indicate)

  5.  Date of approval of nonbeverage formula
      (Flavor formula approval is not mandatory
      prior to submission of ATF Form 5120.29 or
      5110.38.)

  6.  Alcohol content of flavor (if nonalcoholic, so
      indicate)

  7.  A description of any coloring material
      contained in the flavor (See <u>Coloring
      Materials</u>, page 5 of this circular.)

B.  If the flavor is produced outside the U.S.,
    include the following:

  1.  Name of flavor

  2.  Name and address of flavor manufacturer and
      domestic affiliate, if any

  3.  Manufacturer's product number (if none, so
      indicate)

  4.  Alcohol content of flavor (if nonalcoholic, so
      indicate)

  5.  A description of any coloring material
      contained in the flavor (See <u>Coloring
      Materials</u>, page 5 of this circular.)

(See Examples 1 and 2, Section III of this circular for
examples of presentation of flavor information.)


In addition to including the information specified in A or
B on the preceding page on the beverage formula, in the
case of flavors produced outside the U.S., and
domestically produced flavors for which no nonbeverage

formula (ATF Form 5530.5) is filed, the flavor
manufacturer must supply ATF with:

1. A statement (on company letterhead) quantitating
   the ingredients in the flavor (See Example 5,
   Section III of this circular),

2. An eight ounce sample of the flavor

The statement must include the name and address of the
distilled spirits producer or winery purchasing the flavor
and, if available, the number of the beverage formula in
which the flavor will be used and the name of the beverage
product.  Forward the sample and statement to:

> Bureau of Alcohol, Tobacco and Firearms
> National Laboratory Center
> 1401 Research Boulevard
> Rockville, Maryland  20850
> Attn:  NBA

The processing of the beverage formula cannot be completed
until the flavor sample and statement have been evaluated
by ATF.

Flavor Categorization

For labeling purposes ATF categorizes flavors as:

1. All natural

2. Natural and artificial containing not more than
   0.1% artificial topnote

3. Natural and artificial containing greater than
   0.1% artificial topnote

4. All artificial

(Artificial topnote does not include synthetic vanillin,
ethyl vanillin, maltol, or ethyl maltol.)  Flavors
categorized as 1 or 2 are natural for alcohol beverage
labeling purposes.  Flavors categorized as 3 or 4 are
artificial for alcohol beverage labeling purposes.
(Production with an artificial flavor, if permissible, may
require labeling as an "Imitation" product or specific
label disclosure of the use of an artificial flavor.)

Vanillin, Ethyl Vanillin, Maltol, Ethyl Maltol

If the levels of synthetic vanillin, ethyl vanillin,
maltol and/or ethyl maltol in the finished wine or
distilled spirit exceed ATF's prescribed limitations,
whether added directly or through a flavor or a
combination from both sources, the finished alcohol

beverage will be viewed as containing an artificial flavor and appropriate labeling will be required.

The specific limitations are:

| | |
|---|---|
| Vanillin | 40 ppm (mg/1) |
| Ethyl vanillin | 16 ppm (mg/1) |
| Maltol | 250 ppm (mg/1) |
| Ethyl maltol | 100 ppm (mg/1) |

It is important to note that these are individual use limitations. When vanillin and ethyl vanillin are used in combination, the combined use calculated as vanillin may not exceed 40 ppm. Similarly, when maltol and ethyl maltol are used in combination, the combined use calculated as maltol may not exceed 250 ppm. In calculating combined use, ethyl vanillin and ethyl maltol can be multiplied by 2.5 to determine the equivalent amount of vanillin and maltol, respectively.

Examples:

a. Vanillin and ethyl vanillin are added by the distilled spirits producer in the production of a liqueur in the amounts of 20 ppm vanillin and 8 ppm ethyl vanillin.

Determine the combined use of these ingredients as follows:

| | |
|---|---|
| Vanillin | 20 ppm |
| Ethyl vanillin converted to vanillin (8 x 2.5) | 20 ppm |
| | Total 40 ppm |

In this example, even though synthetic vanillin and ethyl vanillin have been added by the producer, the labeling of the product would not be affected since the combined use of the vanillin and ethyl vanillin does not exceed the 40 ppm limitation.

b. In the same liqueur, maltol and ethyl maltol are added in the amounts of 125 ppm maltol and 100 ppm ethyl maltol.

Calculate the combined use as follows:

| | |
|---|---|
| Maltol | 125 ppm |
| Ethyl maltol converted to maltol (100 x 2.5) | 250 ppm |
| Total | 375 ppm |

In this example, the combined use of maltol and ethyl maltol exceeds the 250 ppm limitation. Therefore, if labeled as a liqueur, the product would have to be designated "Imitation Liqueur."

Nonoptional Ingredients

Ingredients that affect products labeled under the Federal Alcohol Administration Act (FAA Act) e.g., coloring material (added directly or through a flavor), artificial flavors, or some limited ingredients, may not be shown as "optional" (or shown as added in a range of "0 - ____ "). Such ingredients may not be added or deleted by rider (for wines) or superseding formula (for distilled spirits).

Coloring Materials

Coloring materials must be specifically identified in formulas. "Certified Color," for example, or "Green Shade #55" are not acceptable. The reference must include the name and number of the certified color such as "FD&C Red 40" or the specific components of a coloring material marketed under a commercial/product name. If a flavor used in the production of the alcohol beverage contains a coloring material, this information must be included with the flavor information on the formula -- "contains FD&C Yellow 5 and caramel color."

Address Information

Submit formula applications for beverage wine and distilled spirits products to:

Bureau of Alcohol, Tobacco and Firearms
Product Compliance Branch
1200 Pennsylvania Avenue, NW
Washington, DC 20226

2. Specific information regarding Forms 5120.29 and 5110.38

Form 5120.29 Formula and Process for Wine

A. Formulas must be numbered sequentially. (Item 1 of form.)

B. Flavored wines, overameliorated wines (wine produced with sugar and water in excess of the 35% by volume limit prescribed in 27 CFR Part 240) and/or wines produced by authorized but nonstandard processes must be referenced as "Other than Standard Wine" in Item 4 of the form.

C. Item 5 of the form must include the total yield of wine product being produced and the quantity of each

ingredient.  The yield and ingredient quantities may be stated in ranges, e.g., "yield -- 90-100 gallons," "orange juice concentrate -- 4-8 gallons."  The total of the ingredients listed must equal the stated yield.  (See calculations for Example 1, Section III of this circular.)

D.  Specifically identify the base wine by class and type in accordance with 27 CFR 4.21, and state its alcohol content.

E.  Specify the alcohol content of the finished product. This may be stated in a range but must not cross tax categories.

Form 5110.38 - Formula for Distilled Spirits under the Federal Alcohol Administration Act

A.  Formulated distilled spirits products not conforming to one of the classes described in 27 CFR 5.22 must be identified as "Distilled Spirits Specialty" in Item 1 of the form.

B.  Formulas must be numbered sequentially.  (Item 12 of form.)  Formula numbers for multiple plant formulas must be preceded by the letter "M."  (See Example 2, Section III of this circular.)

C.  Although quantitative information is not generally required for distilled spirits product formulas, the inclusion of maximum use rates (stated in percent by volume) for flavors is necessary.  With this informa- tion, ATF can determine whether there is a usage problem for flavors containing limited ingredients. If the proposed usage is not indicated on the formula, processing is delayed because ATF must return the formula to the applicant to request use levels for any flavors containing limited ingredients.

D.  Ingredients that are added by the distilled spirits producer which are subject to USFDA use limitations must be quantitated on the formula.  Show the exact amount to be used, the range, or the maximum possible usage, i.e., "use will not exceed _____ ."  Examples of such ingredients:

|  | USFDA |  |
|  | Regulations |  |
| Ingredient | Limit | (21 CFR) |
|  |  |  |
| Ester gum | 100 ppm | 172.735 |
| Sodium benzoate | 1,000 ppm | 184.1733 |
| Gum arabic/gum acacia | 10,000 ppm | 184.1330 |

| Brominated vegetable oil | 15 ppm | 180.30 |
| Propylene glycol | 50,000 ppm | 184.1666 |

E.  If the product contains wine, each wine must be identified as to class and type and alcohol content. For each wine produced under a formula, the formula number, name and address of the wine producer must be included. The percentage of wine (on a proof gallon basis) to be used in the finished product must be specified. (See Example 2, Section III of this circular.)

F.  If the product is to be labeled as a blend of different classes and types of distilled spirits (such as "Strawberry Liqueur and Brandy") or distilled spirits and a nonalcoholic component (such as "Coffee Liqueur and Cream") the production of each type of distilled spirit must be clearly shown by the ordering and listing of the ingredients. That is, for the examples stated, the production of the strawberry liqueur must be distinguished from the production of the brandy. (See Example 2, Section III of this circular.) The percentage (on a proof gallon basis) of each class and type of distilled spirit must be included on the formula. If the product is not comprised of substantially equal amounts of each class and type of spirit, the percentages must be indicated on the product label. (Substantially equal means that neither spirit component contributes less than 40% of the total alcohol.) In the case of the "Coffee Liqueur and Cream," the cream must be shown as a separate component of the finished product rather than as an ingredient of the coffee liqueur.

SECTION II. FLAVOR FORMULAS

The manufacturer of any flavor used in an alcohol beverage is required to provide a quantitative formula to the Bureau. These formulations must provide all the information necessary for the proper classification and labeling of finished alcohol beverage products. These flavor formulations may be submitted on ATF Form 5530.5 by those domestic producers who file claims as manufacturers of nonbeverage products. (See Example 3, Section III of this circular.) If the formula does not contain any added taxpaid alcohol the form 5530.5 will be stamped "NO ACTION." (See Example 4, Section III of this circular.) This signifies that the flavor information was received by the Bureau and that the product does not contain any alcohol that is eligible for drawback. All other manufacturers, whether foreign or domestic, should submit their formulas on company letterhead. (See Example 5,

Section III of this circular.) A representative eight
ounce sample must accompany each formula submission.

All flavor formulas, regardless of the form of submission,
must include the following:

1. Name of product and manufacturer's product number

2. Alcohol content

3. Formula number (if submitted on form 5530.5)

4. A quantitative list of ingredients

5. Name and address of alcohol beverage manufacturer
   purchasing the flavor (if available)

6. A statement that all ingredients used are
   Generally Recognized as Safe (GRAS) by the

   Flavor and Extract Manufacturers's Association
   (FEMA) and/or approved for use in alcohol
   beverages by the USFDA

Quantitative Formula

A. Natural flavoring materials approved for use without
   limitation or restriction by the USFDA must be listed.
   These ingredients may be grouped by type with the
   predominant flavoring specified and the total quantity
   of that grouping stated.

Examples:

1. Strawberry and other fruit juices
2. Orange oil and other citrus oils
3. Orris concrete (21 CFR 172.510)
4. Bergamot oil (21 CFR 182.20)

B. Natural flavorings that are approved for use with
   limitation or restriction must be specified and
   quantitated individually. If the ingredient has a
   restricted use, it must be indicated that this
   restriction is followed. In addition, the formula
   must state where the approval for use is found in the
   USFDA regulations.

Examples:

1. Bitter almond oil (Free from prussic acid, FFPA,
   21 CFR 182.20)
2. Wormwood/Artemisia (Thujone free, 21 CFR 172.510)
3. Cinchona extract (6% total alkaloids, 21 CFR
   172.510)
4. Oil of rue (21 CFR 184.1699)

    C. All artificial flavors (including those considered nature identical) must be listed and quantitated. All ingredients must be approved by the USFDA or be listed as FEMA GRAS. If the flavorings are approved for use without limitation or restriction they may be grouped together as in Example 1 on page 10 with the predominant flavoring by quantity specified. All flavor ingredients with specific limitations or restrictions must be listed separately as in Example 4 at the top of page 10.

Examples:

1. Ethyl acetate and other esters
2. Benzaldehyde (21 CFR 182.60)
3. Cinnamic acid (21 CFR 172.515)
4. Caprylic acid (21 CFR 184.1025)

D. All nonflavor ingredients such as preservatives, acidulants, solvents, etc., must be listed and quantitated separately. The formula must also state where the approval for use is found in the USFDA regulations.

Examples:

1. Tannic acid (21 CFR 184.1097)
2. Propylene glycol (21 CFR 184.1666)
3. Butylated hydroxyanisole (BHA, 21 CFR 172.515)
4. Brominated vegetable oil (BVO, 21 CFR 180.30)

E. The following four ingredients must be specified and quantitated individually because of their special use restrictions. (See page 4 of this circular.)

1. Vanillin
2. Ethyl Vanillin
3. Maltol
4. Ethyl Maltol

A statement confirming the absence of synthetic vanillin, ethyl vanillin, maltol or ethyl maltol is also required.

F. Flavors that are ingredients in the finished flavor formula must be identified by the following:

1. Name of the flavor

2. Name and address of flavor manufacturer

3. Manufacturer's product number (if none, so indicate)

4. Drawback formula number (if none, so indicate)

5. Date of approval of nonbeverage formula

6. Alcohol content of flavor (if nonalcoholic, so indicate)

    G. All colors including FD&C certified colors and other colorants exempt from certification (such as caramel, annatto, etc.) must be disclosed.  If an ingredient (such as saffron or elderberry extract) can be used as a colorant but also has other functions, the particular function or functions of the ingredient in the product must be stated.

### Address Information

Flavor formulas and samples should be sent to:

    Bureau of Alcohol, Tobacco and Firearms
    National Laboratory Center
    1401 Research Boulevard
    Rockville, Maryland 20850
    Attn:. NBA


Section III. EXAMPLE FORMULA

(FORM)

    OTHER THAN STANDARD WINE
    (STRAWBERRY FESTIVAL)
    FORMULA #1


Before approving this formula ATF determined, in part, that:

1. Each flavor is used within its prescribed limitation.

2. Vanillin and maltol limitations were not exceeded.  To determine this ATF calculated as follows:

### Vanillin

Berry flavor #3222 contains 720 ppm ethyl vanillin (see Example 3 of this section) and is used at a maximum rate of 7 gallons per 1000 gallons (.7% by volume).  Maximum use for this flavor, based on ethyl vanillin content, is 2.22%.

### Maltol

a. Strawberry Flavor #3501 contains 25,000 ppm maltol (See Example 5 of this section) and is used at a maximum of 5 gallons per 1000 gallons (.5%).

25,000 x .5%                    = 125 ppm maltol

b. The producer adds up to 50 ppm ethyl maltol

50 x 2.5 (conversion factor)    = 125 ppm maltol
                  Total      250 ppm maltol

<u>Note:</u>

Calculations are based on maximum possible usage.

3. The total of the ingredients equals the stated yield.
   To determine this ATF calculates as follows:

   a. Minimum quantity of wine with maximum quantities
      of all other ingredients.

      588.00
      400.00
        5.00
        <u>7.00</u>
      1000.00

   b. Maximum quantity of wine with minimum quantities
      of all other ingredients.

      794.00
      200.00
        2.50
        <u>3.50</u>
      1000.00

4. The alcohol content of the finished product is
   correct based on the alcohol content of each
   component and the total yield. To determine this
   ATF calculates the gallons of alcohol contributed
   by each alcoholic component and the resulting
   amount of alcohol in the finished product.

   <u>Example</u>
   588 gals wine @ 14% alc      =     82.3 gals alc

   7 gals Berry flavor @ 24% alc  =    1.7 gals alc

           Total gals alc   =     84.0

   <u>(Total gallons alcohol)</u>  84
        (Total yield)      1000 x 100 = 8.4% alcohol

(<u>FORM</u>)


(<u>FORM</u>)


### DISTILLED SPIRITS SPECIALTY
### (STRAWBERRY AND BRANDY)
### FORMULA #M-1


Before approving this formula ATF determined, in part, that:

1.  Each flavor is used within its prescribed limitation.

2.  Vanillin and maltol limitations were not exceeded.  To determine this ATF calculated as follows:

<u>Vanillin</u>

    a.  Berry flavor #3222 contains 720 ppm ethyl vanillin (See Example 3 of this section) and is used at a maximum of 1% by volume

       720 x 1% x 2.5 (conversion factor)  = 18 ppm vanillin

    b.  The producer adds up to                 20 ppm vanillin
              Total    38 ppm vanillin

<u>Maltol</u>

    a.  Strawberry flavor #3501 contains 25,000 ppm maltol (See Example 5 of this section) and is used at a maximum of .5% by volume

       25,000 x 5%                 =125 ppm maltol

    b.  The producer adds up to 50 ppm ethyl maltol

       50 x 2.5 (conversion factor)    =125 ppm maltol
              Total  250 ppm maltol

<u>Note</u>:

    Calculations are based on maximum usage.




(<u>FORM</u>)


Natural & Artificial Berry Flavor #3222

ATF is able to develop the following information from this
flavor formulation:

1.  The flavor is natural and artificial with less than
    0.1% artificial topnote.  (Natural for alcohol
    beverage labeling purposes.)

2.  The flavor does not contain any coloring material.

3.  The flavor contains the following limited or
    restricted ingredients:

| Ingredient | Level | Maximum use rate of the flavor |
|---|---|---|
| Ethyl vanillin | 720 mg/1 | 2.22% |
| Caprylic acid | 120 mg/1 | 8.33% |
| Wormwood | | (Thujone free) |
| Bitter almond oil | | (FFPA) |

EXAMPLE #5

SPECIAL FLAVORS INC.
Marseilles, France

The following quantitative formula is provided for our
flavor, Natural and Artificial Strawberry Flavor #3501
(nonalcoholic).

Purchaser:  The M Company, Inc.
            Rural Route 2, Box 50
            Posen, Michigan  34905
                    and
            230 W. Pratt Street
            Baltimore, Maryland  30785

Nat. & Art. Strawberry Flavor #3501

40 lbs.  Strawberry juice concentrate and other
         fruit juices.  (All approved for use
         without limitation or restriction by
         USFDA)

0.5 lbs.  Orange oil and other citrus oils (with
          0.5% BHA)

0.2 lbs.  Orris Concrete (21 CFR 172.510)

0.1 lbs.  Ethyl butyrate and other artificial
          esters (approved for use without
          limitation by USFDA or FEMA GRAS)

2.5 lbs.  Maltol (21 CFR 172.515)

10 lbs   b Cloud Emulsion #65 (3% BVO 21 CFR
          180.30, 7.5% Ester Gum 21 CFR 172.735,
          and citrus oils)

0.1 lbs.  Sodium benzoate (21 CFR 184.1733)

Q.S.  Strawberry shade (FD&C Red #4 and FD&C
      Yellow #5)

Q.S.  Elderberry Extract (for Color)


100 lbs.  Yield (12.0 Gallons)

Alcohol content = 0

This flavor does not contain vanillin, ethyl vanillin or
ethyl maltol.

All ingredients used are GRAS by FEMA and/or approved for
use in alcohol beverages by the USFDA.


Modifier Flavor #25


ATF is able to develop the following information from this
flavor formulation:

1. Intermediate flavor #212 is an all natural flavor with no
   coloring material added and with no limited ingredients.

2. This flavor is all natural.

3. This flavor contains caramel color.

4. This flavor contains the following limited ingredients:

| Ingredient | Level | Maximum use rate of the flavor |
|------------|-------|-------------------------------|
| Tannic acid | 5,991 mg/1 | 2.50% |

Propylene glycol   100,000 mg/1         50%

### Nat. & Art. Strawberry Flavor #3501

ATF is able to develop the following information from this flavor formulation:

1. It is a natural and artificial flavor with 0.1% artificial topnote.  (Natural for alcohol beverage labeling purposes.)

2. The flavor contains the named fruit (strawberry).

3. The flavor contains the following colors:  FD&C Red 40, FD&C Yellow 5 and elderberry extract.

4. The flavor contains the following limited or restricted ingredients:

| Ingredient | Level | Maximum use rate of the flavor |
|---|---|---|
| Sodium benzoate | 1,000 mg/1 | No limit |
| BHA | less than 0.5% of the essential oil content | No limit |
| Maltol | 25,000 mg/1 | 1.0% |
| BVO | 3,000 mg/1 | 0.5% |
| Ester gum | 7,500 mg/1 | 1.33% |

Inquiries.  Inquiries concerning this circular should refer to its number and be addressed to: Associate Director (Compliance Operations), Bureau of Alcohol, Tobacco and Firearms, 1200 Pennsylvania Avenue NW, Washington, DC  20226.

**Signed by
Stephen Higgins**

Director