# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC AND BEAM GLOBAL
SPIRITS AND WINE, INC.

Defendants.

_____/

**DECLARATION OF JENNIFER ALEXANDER IN SUPPORT OF BEAM GLOBAL
SPIRITS & WINE, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT AS TO LIABILITY</u>**

I, Jennifer Alexander, state and declare as follows:

1.      I have been employed by Jim Beam Brands Co. since May 2000. Since December 2009, I have been Manager, Global Technical Regulatory & Specifications, and my responsibilities include Alcohol Tax and Trade Bureau ("TTB") formula and label filings, product specifications management, and global product label and liquid compliance. From 2004 to December 2009, my title was Manager, Global Quality Assurance, and my responsibilities were similar to those of my current position. I hold bachelor's and master's degrees in chemical engineering, and a master's degree in business administration, all from the University of Louisville. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to them. I submit this declaration in support of Beam Global Spirits & Wine, LLC's Opposition to Plaintiff's Motion for Partial Summary Judgment as to Liability.

2.      The labels Beam Global has used on the Skinnygirl Margarita product, and the formula for that product, were duly submitted to the Alcohol and Tobacco Tax and Trade Bureau ("TTB") for review. The TTB approved those labels.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 13 , 2012, at 8:10 am , Kentucky.

Jennifer Alexander