# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC AND BEAM GLOBAL
SPIRITS AND WINE, INC.

                Defendants.
_____/

**DECLARATION OF LUKE ADAM, PH.D, IN SUPPORT OF BEAM GLOBAL SPIRITS & WINE, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY**

I, Luke Adam, Ph.D, state and declare as follows:

1. I am the Global Scientific Services Manager of Beam Inc. (the parent of Beam Global Spirits & Wine, LLC and Jim Beam Brands Co.) and am employed by Jim Beam Brands Co. I have been Global Scientific Services Manager since 2007; from 1997-2005, I worked for Beam Inc. as an R&D project chemist. (I worked for other companies in chemistry-related roles from 1995-1997 and 2005-2007). I received a Ph.D in analytical chemistry in 1994 from Miami University of Oxford, Ohio, and received my B.A. in chemistry in 1989 from Hanover College. I am responsible for liquid analysis methodologies for all Beam products and Beam production facilities worldwide. Among other things, I evaluate raw materials and ingredients for use in all types of alcoholic beverages. I am certified by the federal Alcohol Tax and Trade Bureau ("TTB") for the analysis of alcoholic beverage products for Certificates of Analysis, and maintain a state-of-the-art analytical laboratory. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to them. I submit this declaration in support of Beam Global Spirits & Wine, LLC's Opposition to Plaintiff's Motion for Partial Summary Judgment as to Liability.

2. Sodium benzoate is the salt of benzoic acid, a naturally occurring substance that is present in numerous everyday foods, including fruits, vegetables and milk.

3. Sodium benzoate is produced naturally by the human body when certain ordinary foods are consumed.

4. A minute amount of sodium benzoate is present in flavoring ingredients added to the tequila in Skinnygirl Margarita. The amount of sodium benzoate is less than 0.1% of the flavoring ingredients.

5. The sodium benzoate in Skinnygirl Margarita does not function as a preservative in that product. The amount of sodium benzoate in Skinnygirl Margarita is too low to be effective as a preservative in the product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 9, 2012, at Louisville, Kentucky.

_____
Luke Adam, Ph.D

1

CPAM: 4483667.1