UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 0:11-cv-61965-KMW

REGINA GREENE, individually and on behalf of all others similarly situated,

      Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL, LLC, and BEAM GLOBAL SPIRITS AND WINE, INC.,

      Defendants.

**DECLARATION OF DAVID KANBAR IN SUPPORT OF SKINNY GIRL COCKTAILS, LLC'S AND SGC GLOBAL, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY**

I, David Kanbar, declare:

1.    I was the Chief Executive Officer of Defendant SKINNY GIRL COCKTAILS, LLC ("Skinny Girl") from its formation in February 2009 until March 2011, when that entity's name was changed to SGC GLOBAL, LLC ("SGC") as part of an asset purchase agreement with Beam Global Spirits and Wine, Inc. ("Beam"). I am now the Managing Member of SGC. For ease of reference, I will refer to Skinny Girl and SGC as the "SGC Defendants." I submit this declaration in support of the SGC Defendants' Opposition to "Plaintiff's Motion for Partial Summary Judgment as to Liability." I have personal knowledge of the matters stated in this Declaration and could competently testify on these matters if called as a witness.

2.    Bethenny Frankel and I started Skinny Girl in February 2009. We started the company because we saw an opportunity in the market to be the only maker of a low-calorie margarita. The company's purpose was to develop Bethenny's concept for a line of ready made, low-calorie versions of women's favorite cocktails. We started with the Skinny Girl Margarita. The drink was designed to taste great, but only had about 100 calories per four-ounce serving, which was significantly lower than your typical margarita, whether prepared or as served in a restaurant.

3.    We developed the Skinny Girl Margarita prepared cocktail with the help of Comax Flavors, a flavor technology company based in Melville, New York, who produced a concentrate for us to be blended with tequila and water at our bottling facility (see below). The formula for our concentrate was submitted to the Tobacco Tax and Trade Bureau (TTB) as "natural," along with our labels which stated the product was "all natural," all of which were all duly approved. During the time we owned Skinny Girl (February 2009 to March 2011), we did not add (or ask Comax to add) any substance as a synthetic preservative. The formula we

developed with Comax was manufactured and bottled by a company called Mason Des Futailles in Quebec, Canada. Again, during the time we owned the company, we did not add (or ask Mason Des Futailles to add) any substance as a synthetic preservative. In short, there is no additive in Skinnygirl that serves to extend its shelf life, including sodium benzoate.

4. After the product was manufactured and bottled by Mason Des Futailles and approved by the TTB, Skinny Girl arranged for distribution. By about September 2009, Skinny Girl Margaritas were ready for distribution and sale. We started distributing in New York, New Jersey, Massachusetts, Connecticut, Georgia, Florida, Tennessee, California, Michigan, Ohio and Texas and perhaps one or two other states.

5. Approximately one year later, we began negotiations to sell the Skinny Girl business to Beam, which ultimately led to a sale by way of an asset purchase agreement that closed on March 17, 2011. After that date, the SGC Defendants had no further involvement with Skinny Girl Margaritas or any other Skinny Girl branded product; Beam was solely responsible for the contents of the product, the bottle label, and all advertising, marketing, production and distribution of the product. The SGC Defendants had nothing to do with any statement, website, advertising or anything else regarding Skinny Girl products after March 17, 2011. I have reviewed Plaintiffs' Statement of Material Facts. During the time we owned the Skinny Girl business, the language in "Material Fact" Nos. 16, 17, and 18 did not appear on our website and the SGC Defendants had no role in making these statements.

6. At some point in late August or early September 2011, I learned of a report that Whole Food stores had pulled Skinny Girl Margaritas from its shelves allegedly because of a concern that the product may contain sodium benzoate. Shortly after the news reports about Whole Foods' decision, I learned that the SGC Defendants had been sued in this case (and others)

for allegedly misrepresenting that Skinny Girl Margaritas did not use a synthetic preservative, but actually contained sodium benzoate.

I declare under penalty of perjury that the foregoing is true and correct and executed on February 13, 2012 at New York, New York.

_____
David Kanbar

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __13__ day of February 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Jeffrey Allan Hirsch*
JEFFREY ALLAN HIRSCH

## SERVICE LIST

*Counsel for Plaintiffs and the Class*
Stuart A. Davidson
Florida Bar No.: 084824
Email: *sdavidson@rgrdlaw.com*
Cullin A. O'Brien
Florida Bar No. 597341
Email: *cobrien@rgrdlaw.com*
Mark J. Dearman
Florida Bar No. 982407
Email: *mdearman@rgrdlaw.com*
ROBBINS GELLER RUDMAN
& DOWD LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, Florida 33432
Telephone: 561-750-3000
Facsimile: 561-750-3364

WALDEN LAW FIRM, PLLC
Ark. Bar No. 2006069
Email: *rwalden@waldenlawfirm.com*
10121 N. Rodney Parham #5
Little Rock, AR 72227
Telephone: 501-907-7000
Facsimile: 888-220-7933

Nabil Majed Nachawati, II
Email: *mn@fnlawfirm.com*
FEARS NACHWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214-890-0711

R. Dean Gresham
Email: *dgresham@greshampc.com*
GRESHAM PC
2311 Cedar Springs Road, Suite 200
Dallas, Texas 75201
Telephone: 214-420-9995

*Counsel for Beam Global Spirits and Wine, Inc.*
Benjamine Reid
Florida Bar No. 183522
E-mail: *breid@carltonfields.com*
Amy Lane Hurwitz
Email: *ahurwitz@carltonfields.com*
CARLTON FIELDS, P.A.
100 S.E. Second Street, #4200
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

Donald I. Strauber
Email: *dstrauber@chadbourne.com*
Mary T. Yelenick
Email: *myelenick@chadbourne.com*
Garrett S. Kamen
Email: *gkamen@chadbourne.com*
CHADBOURNE & PARKE
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212-408-5100