# EXHIBIT F

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**GEORGE & COMPANY LLC**,
a New York limited
liability company,

    Plaintiff,

v.                              CIVIL ACTION NO.   2:10-cv-00719-JES-DNF

**ALIBABA.COM**, **INC.,**
a Delaware corporation**,**
**EASTONY INDUSTRIES (NINGBO)**
**CO., LTD.,** a Chinese
limited liability company,
and **VARIOUS JOHN DOES, JANE DOES**,
and **ABC COMPANIES**,

    Defendants,
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, **GEORGE & COMPANY LLC**, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice of the voluntary dismissal of this case, without prejudice, and as against all Defendants, as follows:

This court's order of December 13, 2011 [Doc. 47] granted Plaintiff leave to re-file its complaint within 21 days, which deadline was extended to February 13, 2012 by the Order of Doc. 49.

Plaintiff has closely monitored the actions of the Defendant **ALIBABA.COM, INC.** (hereinafter "**ALIBABA**" or "Defendant"), since the time that Defendant reported

that the web content at www.alibaba.com was no longer displaying offers for sale of the counterfeit goods.  Since the advent of the representations made by Defendant, and detailed in writing in Doc Nos. 40-4, 40-5, 40-6, 40-7, 40-8, 40-9, 40-10 of Doc. 40, the advertisements of counterfeits of Plaintiff's products through www.alibaba.com have ceased to occur.

Plaintiff earlier submitted the photographic evidence of Doc. 40-2, which showed thousands of units of counterfeit goods intercepted by Plaintiff , as such goods were repeatedly offered at the www.alibaba.com site, for sales in minimum orders of 10,000 units, during the time that this case was pending.  Defendant responded to the situation by taking action to remove the counterfeit listings.  That information has already been detailed to this Court in Plaintiff's filing of Doc. 40, and since that time, Plaintiff has not experienced further counterfeit instances through the www.alibaba.com site.

Plaintiff's willingness to dismiss this case without prejudice against **ALIBABA** is based upon the eradication of counterfeit product offerings via the www.alibaba.com site, and Plaintiff's current enhanced monitoring and observation measures which focus directly and intensely on the business activities of the Defendant, as well as Plaintiff's clear procedural right to re-file this case.

In addition, Plaintiff's dismisses Defendants **EASTONY INDUSTRIES CO., LTD.,** a Chinese limited liability company, and **VARIOUS JOHN DOES, JANE DOES**, and **ABC COMPANIES** without prejudice as having not been served with process in this case.

Accordingly, Plaintiff hereby gives notice of the dismissal of this case, without prejudice as to all Defendants.

Respectfully submitted,

/s/ JENNIFER L. WHITELAW
JENNIFER L. WHITELAW
WHITELAW LEGAL GROUP
Florida Bar No. 0938629
TRIAL COUNSEL for Plaintiff
**GEORGE & COMPANY LLC**
3838 Tamiami Trail North
Third Floor
Naples, Florida 34103
Telephone (239) 262-1001
Facsimile (239) 261-0057
Email: usdcmail@whitelawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing is being provided to Frank R. Jakes, frankj@jpfirm.com, Darryl M. Woo, dwoo@fenwick.com, Ryan J. Marton, rmarton@fenwick.com, and Leslie Kramer, lkramer@fenwick.com

on the date set forth in the electronic filing of same.

/s/JENNIFER L. WHITELAW
JENNIFER L. WHITELAW