UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 0:11-cv-61965-KMW

| | |
|---|---|
| REGINA GREENE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL, LLC, and BEAM GLOBAL SPIRITS AND WINE, INC.,<br><br>Defendants. | **ORDER ON DEFENDANTS SKINNY GIRL COCKTAILS, LLC'S AND SGC GLOBAL, LLC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

THIS MATTER comes before the Court on Defendants Skinny Girl Cocktails, LLC's and SGC Global, LLC's Unopposed Motion for an Enlargement of Time to File Reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss (the "Motion"). Having reviewed the Motion, it is ORDERED and ADJUDGED that the Motion is GRANTED. Defendants Skinny Girl Cocktails, LLC and SGC Global, LLC shall file their Reply on or before Thursday, March 8, 2012.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida this 27th day of February, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record