UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

SKINNY GIRL COCKTAIL, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

                Defendant.
_____/

## NOTICE OF FILING PROPOSED CLASS CERTIFICATION BRIEFING SCHEDULE

Plaintiff Regina Greene ("Plaintiff") and defendants Skinny Girl Cocktails, LLC, SGC Global, LLC, and Beam Global Spirits & Wine, LLC ("Defendants"), pursuant to the Court's directive at the Status Conference held on February 22, 2012 [Dkt. No. 63], respectfully submit the following proposed class certification briefing schedule, which the parties believe will provide them with a sufficient amount of time to develop a proper record on which this Court may base its class certification ruling:

| Document | Deadline |
|---|---|
| Plaintiff's Motion for Class Certification and Memorandum of Law in Support | August 17, 2012 |
| Defendants' Memoranda of Law in Opposition to Class Certification | September 21, 2012 |
| Plaintiff's Reply Memorandum in Support of Class Certification | October 19, 2012 |

Respectfully submitted,

DATED: February 28, 2012

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
FLORIDA BAR NO. 084824
CULLIN A. O'BRIEN
FLORIDA BAR NO. 597341
MARK J. DEARMAN
FLORIDA BAR NO. 982407

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com

WALDEN LAW FIRM, PLLC
RICHARD E. WALDEN
10121 N. Rodney Parham, Suite 5
Little Rock, AR  72227
Telephone:  501/907-7000
888/220-7933 (fax)
rwalden@waldenlawfirm.com

FEARS | NACHAWATI LAW FIRM
NABIL MAJED NACHAWATI, II
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
214/890-0712 (fax)
mn@fnlawfirm.com

PAYNE MITCHELL LAW GROUP, LLP
R. DEAN GRESHAM
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Tel: (214) 252-1888
dean@paynemitchell.com

Attorneys for Plaintiff and the Class

| | |
|---|---|
| DATED: February 28, 2012 | GREENBERG TRAURIG, P.A.<br>JEFFREY ALLAN HIRSCH<br>FLORIDA BAR NO. 199850<br>KRISTINA L. ARNSDORFF<br>FLORIDA BAR NO. 0040596 |

*s/ Jeffrey Allan Hirsch*
JEFFREY ALLAN HIRSCH

401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL  33301
Telephone:  954/765-0500
954/765-1477(fax)
hirsch@gtlaw.com
arnsdorffk@gtlaw.com

GREENBERG TRAURIG, LLP
ROBERT J. HERRINGTON
RICK L. SHACKELFORD
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone:  310/586-7700
herringtonr@gtlaw.com
shackelfordr@gtlaw.com

Attorneys for Defendants Skinny Girl cocktails, LLC and SGC Global, LLC

| | |
|---|---|
| DATED: February 28, 2012 | CARLTON FIELDS, P.A.<br>BENJAMINE REID<br>FLORIDA BAR NO. 183522<br>AMY LANE HURWITZ<br>FLORIDA BAR NO. 343810 |

*s/ Amy Lane Hurwitz*
AMY LANE HURWITZ

100 S.E. Second Street, #4200
Miami, FL  33131-9101
Telephone:  305/530-0050
305/530-0055 (fax)
breid@carltonfields.com
ahurwitz@carltonfields.com

- 3 -

          CHADBOURNE & PARKE
          DONALD I. STRAUBER
          MARY T. YELENICK
          GARRETT S. KAMEN
          30 Rockefeller Plaza
          New York, NY  10112
          Telephone:  212/408-5100
          dstrauber@chadbourne.com
          myelenick@chadbourne.com
          gkamen@chadbourne.com

Attorneys for Defendant Beam Global Spirits and Wine, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February __28, 2012.

          *s/ Stuart A. Davidson*
          STUART A. DAVIDSON
          ROBBINS GELLER RUDMAN & DOWD LLP
          E-mail: sdavidson@rgrdlaw.com