UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 0:11-cv-61965-KMW

REGINA GREENE, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL, LLC, and BEAM GLOBAL SPIRITS AND WINE, INC.,

    Defendants.

**DEFENDANTS SKINNY GIRL COCKTAILS, LLC'S AND SGC GLOBAL, LLC'S REQUEST FOR HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants SKINNY GIRL COCKTAILS, LLC ("Skinny Girl") and SGC GLOBAL, LLC ("SGC") (collectively, "Defendants"), pursuant to S.D. Fla. L.R. 7.1(b), hereby request a hearing on Defendants' Motion to Dismiss Plaintiff's Class Action Complaint ("Motion to Dismiss") [D.E. 49] and Plaintiff's Motion for Partial Summary Judgment as to Liability ("Motion for Partial Summary Judgment") [D.E. 37] (collectively, the "Motions"). Defendants believe that oral argument will assist the Court in understanding the issues raised in the Motion to Dismiss and the Motion for Partial Summary Judgment, including, (i) the complex nature of the unique procedural posture of the case as a result of the simultaneously pending, and fully briefed, Motions and (ii) Defendants' extensive objections to Plaintiff's Statement of Material Facts and Declaration of Stuart Davidson in support of Plaintiff's Motion for Partial Summary Judgment. Defendants estimate that approximately 60 minutes will be necessary for oral argument on these Motions.

Case Number:  0:11-cv-61965-KMW

Respectfully submitted,

| | |
|---|---|
| Co-Counsel:<br>Robert J. Herrington, Esquire<br>California Bar No. 234417<br>*Email: herringtonr@gtlaw.com*<br>Rick L. Shackelford, Esquire<br>*Email: shackelfordr@gtlaw.com*<br>GREENBERG TRAURIG, LLP<br>2450 Colorado Avenue<br>Suite 400E<br>Santa Monica, CA 90404<br>Telephone:  (310) 586-7700<br>(admitted *pro hac vice*) | Counsel for Defendants SKINNY GIRL COCKTAILS, LLC and SGC GLOBAL, LLC<br><br>*/s/ Kristina L. Arnsdorff*<br>Jeffrey Allan Hirsch, Esquire<br>Florida Bar No.  199850<br>*Email:  hirsch@gtlaw.com*<br>Kristina L. Arnsdorff, Esquire<br>Florida Bar No. 0040596<br>*Email:  arnsdorffk@gtlaw.com*<br>GREENBERG TRAURIG, P.A.<br>401 East Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida  33301<br>Telephone:  954-765-0500<br>Facsimile:  954-765-1477 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of March 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Kristina L. Arnsdorff*
KRISTINA L. ARNSDORFF

Case Number:  0:11-cv-61965-KMW

**SERVICE LIST**

*Counsel for Plaintiffs and the Class*
Stuart A. Davidson
Florida Bar No.:  084824
*Email:  sdavidson@rgrdlaw.com*
Cullin A. O'Brien
Florida Bar No. 597341
*Email: cobrien@rgrdlaw.com*
Mark J. Dearman
Florida Bar No. 982407
*Email:  mdearman@rgrdlaw.com*
ROBBINS GELLER RUDMAN
& DOWD LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, Florida  33432
Telephone:  561-750-3000
Facsimile:  561-750-3364

WALDEN LAW FIRM, PLLC
Ark. Bar No.  2006069
Email:  *rwalden@waldenlawfirm.com*
10121 N. Rodney Parham #5
Little Rock, AR  72227
Telephone:  501-907-7000
Facsimile:  888-220-7933

Nabil Majed Nachawati , II
*Email: mn@fnlawfirm.com*
FEARS NACHWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214-890-0711

R. Dean Gresham
*Email: dgresham@greshampc.com*
GRESHAM PC
2311 Cedar Springs Road,  Suite 200
Dallas, Texas 75201
Telephone: 214-420-9995

*Counsel for Beam Global Spirits and Wine, Inc.*
Benjamine Reid
Florida Bar No. 183522
*E-mail: breid@carltonfields.com*
Amy Lane Hurwitz
*Email: ahurwitz@carltonfields.com*
CARLTON FIELDS, P.A.
100 S.E. Second Street, #4200
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

Donald I. Strauber
*Email: dstrauber@chadbourne.com*
Mary T. Yelenick
*Email: myelenick@chadbourne.com*
Garrett S. Kamen
*Email: gkamen@chadbourne.com*
CHADBOURNE & PARKE
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212-408-5100

97,748,900v1 135474 010100