UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC AND BEAM GLOBAL
SPIRITS AND WINE, INC.

                Defendants.
_____/

## BEAM GLOBAL SPIRITS & WINE, LLC'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY

      Pursuant to S.D. Fla. L.R. 7.1(b), Defendant Beam Global Spirits & Wine, LLC ("Beam Global") hereby requests oral argument on Plaintiff's Motion for Partial Summary Judgment as to Liability [D.E. 37].

      Beam Global submits that Plaintiff's motion -- unsupported by any evidence that Plaintiff even purchased the product or on a host of other necessary elements of her claims -- is plainly meritless and premature for the reasons set forth in Beam Global's opposition papers.

      Plaintiff has raised new arguments in her Reply brief on a number of issues, including arguments concerning the evidence requirements of Rule 56 and the application of Alcohol and Tobacco Tax and Trade Bureau ("TTB") regulations and the TTB-approved product labeling, and has asserted new requests for relief under Rule 56(g). While these new arguments, even were they valid (which they are not), do not cure the many defects in Plaintiff's motion, Beam Global and the other defendants have not had an opportunity to address them. In view of this, and of the fact that this is a dispositive motion in a putative national class action made at the outset of the case, without benefit of discovery, Beam Global submits that argument would assist

1

the Court is understanding the issues presented, and requests an opportunity to be heard on the motion. Beam Global estimates that approximately 60 minutes will be necessary for oral argument.

In the alternative, Beam Global would be prepared to promptly submit a short sur-reply (five pages or less) addressing these newly raised issues in advance of or in lieu of a hearing should the Court prefer to receive such a written submission.

Dated: March 16, 2012

                                                        Respectfully submitted,

By  *s/Amy Lane Hurwitz*

Of Counsel:

CHADBOURNE & PARKE LLP
Donald I Strauber
Mary T. Yelenick
Stacy Trimmer
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
dstrauber@chadbourne.com
myelenick@chadbourne.com
strimmer@chadbourne.com

CHADBOURNE & PARKE LLP
Robin D. Ball
Susan St. Denis
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045
rball@chadbourne.com
sst.denis@chadbourne.com

BENJAMINE REID
Florida Bar No.: 183522
AMY LANE HURWITZ
Florida Bar No. 0343810
CARLTON FIELDS, P.A.
100 S.E. 2nd Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
breid@carltonfields.com
ahurwitz@carltonfields.com

*Counsel for Defendants Defendant Beam Global Spirits & Wine LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2012, a true and correct copy of the foregoing document is being served by Electronic Mail on all counsel or parties of record on the following service list.

*s/Amy Lane Hurwitz*
AMY LANE HURWITZ
Florida Bar No.:  0343810

SERVICE LIST
Regina Greene v. Skinny Girl Cocktails, LLC, et. al.
Case No. 11-CV-61965-KMW
United States District Court, Southern District of Florida

ROBBINS GELLER RUDMAN & DOWD LLP
Stuart A. Davidson
Florida Bar No. 084824
sdavidson@rgrdlaw.com
Cullin A. O'Brien
Florida Bar No. 597341
cobrien@rgrdlaw.com
Mark J. Dearman
Florida Bar No. 982407
mdearman@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:     (561) 750-3000
Facsimile:      (561) 750-3364
VIA HAND-DELIVERY

WALDEN LAW FIRM, PLLC
rwalden@waldenlawfirm.com
10121 N. Rodney Parham #5
Little Rock, AR  72227
Telephone:     (501) 907-7000
Telefax:          (888) 220-7933
VIA U.S. MAIL

FEARS NACHAWATI LAW FIRM
Nabil Majed Nachwati, II
*Pro Hac Attorney*
mn@fnlawfirm.com
4925 Greenville Avenue, Suite715
Dallas, TX  75206
Telephone:  (214) 890-0711
VIA U.S. MAIL

PAYNE MITCHAELL LAW GROUP, LLP
R. Dean Gresham
*Pro Hac Attorney*
dean@paynemitchell.com
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX  75230
Telephone: (214) 252-1888
VIA U.S. MAIL

*Attorneys for Plaintiff and the putative Class Members*

GREENBERG TRAURIG
Jeffrey Allan Hirsch
Florida Bar No. 199850
hirschj@gtlaw.com
Kristina Lee Arnsdorff
Florida Bar No. 0040596
arnsdorffk@gtlaw.com
401 E Las Olas Blvd.
Suite 200
Ft. Lauderdale, FL  33301
Telephone:   (954) 765-0500
Facsimile:     (954) 765-1477
VIA U.S. MAIL

GREENBERG TRAURIG
Robert J. Herrington
*Pro Hac Attorney*
HerringtonR@gtlaw.com
Rick L. Shackelford
*Pro Hac Attorney*
shackelfordr@gtlaw.com
2450 Colorado Avenue
Suite 400E
Santa Monica, CA  90404
Telephone:   (310) 586-7700
VIA U.S. MAIL

*Attorneys for Defendants, Skinny Girl Cocktails and SGC Global, LLC*

4