UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-WILLIAMS

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

 vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC and BEAM GLOBAL
SPIRITS AND WINE, INC.,

    Defendants.

## NOTICE OF STIPULATION OF MEDIATOR

Pursuant to the Court's Scheduling Order [D.E. 67], the parties have agreed to mediate this case before Rodney Max, Esq., Upchurch, Watson, White & Mark, 1111 Brickell Avenue, Suite 1100, Miami, FL 33131, Telephone: (305) 266-1224.

DATED: April 2, 2012

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
Florida Bar No. 084824
CULLIN A. O'BRIEN
Florida Bar No. 597341
MARK DEARMAN
Florida Bar No. 0982407

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com

Richard E. Walden
Walden Law Firm, PLLC
10121 N. Rodney Parham #5
Little Rock, AR 72227
Telephone: 501.907.7000
Facsimile: 888.220.7933
rwalden@waldenlawfirm.com

R. Dean Gresham (admitted *pro hac vice*)
PAYNEMITCHELL LAW GROUP
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: 214/252-1888
Facsimile: 214/252-1889
dgresham@paynemitchell.com

Nabil Majed Nachawati, II (admitted *pro hac vice*)
Fears ׀ Nachawati
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
mn@fnlawfirm.com

Attorneys for Plaintiff and the Class

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 2, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2012.

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

ROBBINS GELLER RUDMAN
    & DOWD LLP
E-mail:sdavidson@rgrdlaw.com