UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-cv-61965-WILLIAMS

REGINA GREENE, Individually and on )
Behalf of All Others Similarly Situated, )
)
Plaintiff, )
)
vs. )
)
SKINNY GIRL COCKTAILS, LLC, SGC )
GLOBAL, LLC, and BEAM GLOBAL )
SPIRITS AND WINE, INC., )
)
Defendants. )

**ORDER ON THE PARTIES' STIPULATION TO EXTEND
THE CLASS CERTIFICATION BRIEFING SCHEDULE**

THIS MATTER comes before the Court on Plaintiff Regina Greene ("Plaintiff" or "Greene") and Defendants Skinny Girl Cocktails, LLC, SGC Global, LLC, and Beam Global Spirits & Wine LLC's ("Defendants") Stipulation to Extend Class Certification Briefing Schedule. Having reviewed the Stipulation, it is ORDERED AND ADJUDGED that the Stipulation is **approved in part**. Plaintiffs shall have up to and including **June 11, 2012** to serve their Motion for Class Certification. Defendants' response will be due on **July 23, 2012**, and Plaintiff's reply will be due on **August 20, 2012**.

The Court notes that certain of the Parties called chambers on the morning of May 18, 2012 to inquire about the status of their stipulation, presumably because this Court's schedule, entered on March 2, 2012, required that Plaintiff's class certification motion be filed on May 18, 2012. [D.E. 67]. This Court entered its Order on the Defendants' Motion

- 1 -

to Dismiss and Plaintiff's Motion for Summary Judgment on May 2, 2012. [D.E. 75]. The Parties waited until the afternoon of Wednesday, May 16, 2012 to file their Stipulation, though they were on notice for two weeks of this Court's decision regarding the pending Motions and for two and a half months as to this Court's scheduling order. Failure of the Parties to plan accordingly and file a motion[1] appropriately in advance of a pending, long-standing deadline does not constitute an emergency on the Court's part. The Parties are advised that requests for extension should be filed as far in advance as possible.

DONE AND ORDERED, in Chambers at Miami, Miami-Dade County, Florida, this 18 day of May, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Counsel of Record

---

[1] In the future, the Court requests that the Parties style any request for Court approval as a Motion and not a Stipulation (as the Parties are not able to stipulate to change most Court imposed deadlines). Such a designation assists the Court in easily ascertaining any outstanding matters on the docket.