UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:11-cv-61965-KMW

| | |
|---|---|
| REGINA GREENE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SKINNY GIRL COCKTAILS, LLC, SGC GLOBAL, LLC, and BEAM GLOBAL SPIRITS AND WINE, INC.,<br><br>Defendants. | Jury Trial Demanded |

### DEFENDANTS BEAM INC.'S AND JIM BEAM BRANDS CO.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Beam Inc., formerly known as Fortune Brands, Inc., and Jim Beam Brands Co. ("Jim Beam"), hereby state that Jim Beam is a wholly owned subsidiary of Beam Global Spirits & Wine LLC ("Beam Global"), and that Beam Global is a wholly owned subsidiary of Beam Inc. No publicly held corporation owns more than 10% of Beam Inc.'s stock.

- 2 -

Dated: June 1, 2012

Of Counsel:

Donald I Strauber
Mary T. Yelenick
Garrett S. Kamen
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
dstrauber@chadbourne.com
myelenick@chadbourne.com
gkamen@chadbourne.com

By  *s/Amy Lane Hurwitz*
BENJAMINE REID
Florida Bar No.: 183522
AMY LANE HURWITZ
Florida Bar No. 0343810
CARLTON FIELDS, P.A.
100 S.E. 2nd Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
breid@carltonfields.com
ahurwitz@carltonfields.com

*Counsel for Defendants Jim Beam Brands Co., and Beam Inc. (and for Defendant Beam Global Spirits & Wine LLC)*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            *s/Amy Lane Hurwitz*
                                            AMY LANE HURWITZ
                                            Florida Bar No.: 0343810


## SERVICE LIST
### Regina Greene v. Skinny Girl Cocktails, LLC, et. al.
### Case No. 11-CV-61965-KMW
### United States District Court, Southern District of Florida

ROBBINS GELLER RUDMAN & DOWD LLP
Stuart A. Davidson
Florida Bar No. 084824
sdavidson@rgrdlaw.com
Cullin A. O'Brien
Florida Bar No. 597341
cobrien@rgrdlaw.com
Mark J. Dearman
Florida Bar No. 982407
mdearman@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

WALDEN LAW FIRM, PLLC
rwalden@waldenlawfirm.com
10121 N. Rodney Parham #5
Little Rock, AR 72227
Telephone: (501) 907-7000
Telefax: (888) 220-7933

FEARS NACHAWATI LAW FIRM
Nabil Majed Nachwati, II
*Pro Hac Attorney*
mn@fnlawfirm.com
4925 Greenville Avenue, Suite715
Dallas, TX 75206
Telephone: (214) 890-0711

PAYNE MITCHAELL LAW GROUP, LLP
R. Dean Gresham
*Pro Hac Attorney*
dean@paynemitchell.com
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75230
Telephone: (214) 252-1888

*Attorneys for Plaintiff and the putative Class Members*

GREENBERG TRAURIG
Jeffrey Allan Hirsch
Florida Bar No. 199850
hirschj@gtlaw.com
Kristina Lee Arnsdorff
Florida Bar No. 0040596
arnsdorffk@gtlaw.com
401 E Las Olas Blvd.
Suite 200
Ft. Lauderdale, FL 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477

GREENBERG TRAURIG
Robert J. Herrington
*Pro Hac Attorney*
HerringtonR@gtlaw.com
Rick L. Shackelford
*Pro Hac Attorney*
shackelfordr@gtlaw.com
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700

*Attorneys for Defendants, Skinny Girl Cocktails and SGC Global, LLC*