FILING FEE

PAID $75.00

Pro hac Vice 4103

Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:11-cv-61965-KMW

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

Defendants.

FILED by AJS D.C.

JUN 2 6 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Robin D. Ball** of the law firm of Chadbourne & Parke LLP, 350 South Grand Avenue, 32nd Floor, Los Angeles, CA 90071, and phone number (213) 892-1000, for purposes of appearance as co-counsel on behalf of Beam Inc., Beam Global Spirits & Wine LLC, and Jim Beam Brands Co., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Ball to receive electronic filings in this case, and in support thereof states as follows:

1.       Mr. Ball is not admitted to practice in the United States District Court for the Southern District of Florida but is a member in good standing of the California Bar and is admitted to practice before the United States District Court for the Central District of California.

2.       Movant, Benjamine Reid, Esquire, of the law firm of Carlton Fields, P.A., 100

23719847.1

S.E. Second Street, Suite 4200, Miami, Florida 33131, and phone number (305) 530-0050, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Mr. Ball has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit A.

4.      Mr. Ball, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mr. Ball at email address: rball@chadbourne.com.

5.      A proposed order granting the requested relief is attached hereto as Exhibit B.

**WHEREFORE**, Benjamine Reid, moves this Court to enter an Order allowing Robin D. Ball to appear before this Court on behalf of Beam Inc., Beam Global Spirits & Wine LLC, and Jim Beam Brands Co., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Robin D. Ball at email address: rball@chadbourne.com.

Dated:  June 26, 2012

Respectfully submitted,

By _____

Amy Lane Hurwitz
Florida Bar No. 343810
CARLTON FIELDS, P.A.
100 S.E. Second Street, #4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
breid@carltonfields.com

*Counsel for Defendants Beam Inc., Beam
Global Spirits & Wine LLC, and Jim Beam
Brands Co.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 26th day of June, 2012, I hand delivered the foregoing

to the Clerk of the Court which will then serve all counsel of record via transmission of Notices

of Electronic Filing generated by CM/ECF.

_____
AMY LANE HURWITZ

4

**SERVICE LIST**
**Regina Greene v. Skinny Girl Cocktails, LLC, et. al.**
**Case No. 11-CV-61965-KMW**
**United States District Court, Southern District of Florida**

ROBBINS GELLER RUDMAN & DOWD LLP
Stuart A. Davidson
Florida Bar No. 084824
sdavidson@rgrdlaw.com
Cullin A. O'Brien
Florida Bar No. 597341
cobrien@rgrdlaw.com
Mark J. Dearman
Florida Bar No. 982407
mdearman@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone:      (561) 750-3000
Facsimile:      (561) 750-3364

WALDEN LAW FIRM, PLLC
rwalden@waldenlawfirm.com
10121 N. Rodney Parham #5
Little Rock, AR 72227
Telephone:      (501) 907-7000
Telefax:        (888) 220-7933

FEARS NACHAWATI LAW FIRM
Nabil Majed Nachwati, II
*Pro Hac Attorney*
mn@fnlawfirm.com
4925 Greenville Avenue, Suite715
Dallas, TX 75206
Telephone:  (214) 890-0711

PAYNE MITCHAELL LAW GROUP, LLP
R. Dean Gresham
*Pro Hac Attorney*
dean@paynemitchell.com
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75230
Telephone:  (214) 252-1888

*Attorneys for Plaintiff and the putative Class*
*Members*

GREENBERG TRAURIG
Jeffrey Allan Hirsch
Florida Bar No. 199850
hirschj@gtlaw.com
Kristina Lee Arnsdorff
Florida Bar No. 0040596
arnsdorffk@gtlaw.com
401 E Las Olas Blvd.
Suite 200
Ft. Lauderdale, FL 33301
Telephone:  (954) 765-0500
Facsimile:  (954) 765-1477

GREENBERG TRAURIG
Robert J. Herrington
*Pro Hac Attorney*
HerringtonR@gtlaw.com
Rick L. Shackelford
*Pro Hac Attorney*
shackelfordr@gtlaw.com
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
Telephone:  (310) 586-7700

*Attorneys for Defendants Skinny Girl Cocktails*
*and SGC Global, LLC*

5

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:11-cv-61965-KMW

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

                              Plaintiffs,

    vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

                              Defendants.

### CERTIFICATION OF ROBIN D. BALL

Robin D. Ball, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of

the United States District Court for the Southern District of Florida; and (2) I am a member in

good standing of the California Bar and I am admitted to practice before the United States

District Court for the Central District of California.

Dated:  June 25, 2012

_____
                Robin D. Ball

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:11-cv-61965-KMW

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

Defendants.

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

This matter having come before the Court on the Motion to Appear *Pro Hac Vice* for

Robin D. Ball, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and

Practice of Attorneys in the United States District Court for the Southern District of Florida and

Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the

Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** as follows:

The Motion is **GRANTED**.  Robin D. Ball, may appear and participate in this action on

behalf of Defendants Beam Inc., Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.

The Clerk shall provide electronic notification of all electronic filings to Robin D. Ball, at email

address: rball@chadbourne.com.

23719847.1

**DONE AND ORDERED** in Chambers at Miami-Dade County, this _____ day of June,

2012.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record

23719847.1