UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61965-CIV-WILLIAMS-SELTZER

REGINA GREENE, individually and on
behalf of all others similarly situated,

        Plaintiffs,

v.


SKINNY GIRL COCKTAILS, LLC,
SGC GLOBAL, LLC, and BEAM
GLOBAL SPIRITS AND WINE, INC.,

        Defendants.
_____/


<u>ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO
DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF
ELECTRONIC FILING</u>

THIS CAUSE is before the Court on the Motion to Appear *Pro Hac Vice*, Consent

to Designation and Request to Electronically Receive Notices of Electronic Filing (DE 92)

and it appearing that all requirements of Rule 4.B of the Special Rules Governing the

Admission and Practice of Attorneys have been met and the Court being otherwise

sufficiently advised, it is hereby ORDERED that the Motion (DE 92) is GRANTED. Robin

D. Ball, Esq., of the law firm of Chadbourne & Parke, LLP,  may appear herein as co-

counsel for Defendants Beam Inc., Beam Global Spirits & Wine LLC, and Jim Beam

Brands Co. ("Beam Defendants").  The Court reserves the power to withdraw permission

for limited appearance prior to and during the time of trial.  Failure to abide by any Court

order may result in immediate revocation of counsel's *pro hac vice* status.

Attorney Benjamine Reid, of the law firm of Carlton Fields, P.A., is designated as

counsel with whom the Court and opposing counsel may communicate, upon whom filings

may be served, and who shall be required to electronically file all documents and things

that may be filed electronically in compliance with the CM/ECF Administrative Procedures.

Attorney Reid must be ready to adequately represent the Beam Defendants at any time.

It is further ORDERED that the Clerk shall provide electronic notification of all

electronic filings to attorney Robin D. Ball at rball@chadbourne.com.

DONE AND ORDERED in Fort Lauderdale, Florida, this 26th day of June 2012.


_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE



Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record