# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
District Judge Robin S. Rosenbaum

Greene v. Skinny Girl _____ (Plaintiff v. Defendant), Case No: 11-CV- 61965

Millenium Industries v. Hitti (Plaintiff v. Defendant), Case No: 11-CV - 62570

Winter v. Mcpco Finance (Plaintiff v. Defendant), Case No: 11-CV- 62255

Danius v. Subway _____ (Plaintiff v. Defendant), Case No: 12-CV- 60005

Trujillo v. USAA Cas. Ins. (Plaintiff v. Defendant), Case No: 11-CV- 80320

_____ (Plaintiff v. Defendant), Case No:_____

_____ (Plaintiff v. Defendant), Case No:_____

_____ (Plaintiff v. Defendant), Case No:_____

_____ (Plaintiff v. Defendant), Case No:_____

_____ (Plaintiff v. Defendant), Case No:_____

_____ (Plaintiff v. Defendant), Case No:_____

_____ (Plaintiff v. Defendant), Case No:_____

_____ (Plaintiff v. Defendant), Case No:_____

_____ (Plaintiff v. Defendant), Case No:_____

_____ (Plaintiff v. Defendant), Case No:_____

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection

procedure to insure the fair and impartial reassignment of cases from the calendars of the respective

Judges of the Court to the calendar of the new Judge of the Court.

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all

pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully

briefed, in accordance with the policy established by the Judges of the Southern District of Florida

(See Internal Operating Procedures, Section 2.05.03 -2.05.04).  It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the

Honorable Robin S. Rosenbaum as of _July 9, 2012_ for all further proceedings.  It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed

by the initials RSR in lieu of the present initials.

DONE and ORDERED at _Miami_ Florida, in chambers this _9th_ day of _July_, 2012.

_____
United States District Judge

c: All counsel of record/pro se parties