UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-ROSENBAUM

REGINA GREENE,

        Plaintiff,

v.

SKINNY GIRL COCKTAILS, LLC, *et al.*,
_____/

## ORDER TO SHOW CAUSE

This matter is before the Court on Plaintiff Regina Greene's Motion for Class Certification [D.E. 89]. Plaintiff filed her Motion on June 12, 2012. Pursuant to Local Rule 7.1(c)(1), S.D. Fla., Defendants' response to Plaintiff's Motion was due by June 29, 2012. To date, however, no response has been filed. Accordingly, Defendants shall show cause in writing by **July 20, 2012**, why Plaintiff's Motion for Class Certification should not be granted. Plaintiff shall then have the time permitted under the Local Rules to file a reply brief if she so desires. Failure by Defendants to respond timely to this Order to Show Cause may result in the granting of Plaintiff's Motion for Class Certification.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 9th day of July 2012.

*[signature]*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record