UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-ROSENBAUM

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC and BEAM GLOBAL
SPIRITS AND WINE, INC.

                Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING EMERGENCY MOTION TO COMPEL

Plaintiff Regina Greene ("Plaintiff") hereby gives the Court notice of the following: Pursuant to Federal Rule of Civil Procedure 37(a)(1) and S.D. Fla. L.R. 26.1(h), Plaintiff is moving the Court for an Order compelling defendant Beam Global Spirits and Wine, Inc. ("Beam") to produce consumer research marketing documents in response to Plaintiff's First Request for Production of Documents to Beam, dated March 9, 2012. This matter is ripe under S.D. Fla. L.R. 7.1(a)(3) and 26.1(h), as Plaintiff has met and conferred with Beam on several occasions to no avail and since 30 days have not passed since grounds for this motion surfaced. Because of the procedural status of the case, and the possible impact these consumer research marketing documents could have on the pending class certification briefing, [Dkt. Nos. 88-91], Plaintiff seeks emergency relief and expedited treatment pursuant to S.D. Fla. L.R. 7.1(e). Plaintiff will be filing the motion manually, as instructed by the clerk's office. The entire filing is attached hereto as **Exhibit** "**1**."

1

Respectfully submitted,

DATED: July 12, 2012

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
Florida Bar No. 084824
CULLIN A. O'BRIEN
Florida Bar No. 597341
MARK J. DEARMAN
Florida Bar No. 0982407

*s/ Cullin A. O'Brien*
CULLIN AVRAM O'BRIEN

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com

WALDEN LAW FIRM, PLLC
RICHARD E. WALDEN
10121 N. Rodney Parham #5
Little Rock, AR 72227
Telephone:  501/907-7000
888/220-7933 (fax)
rwalden@waldenlawfirm.com

FEARS | NACHAWATI LAW FIRM
NABIL MAJED NACHAWATI, II
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
214/890-0712 (fax)
mn@fnlawfirm.com

PAYNE MITCHELL LAW GROUP
R. DEAN GRESHAM
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: 214/252-1888
214/252-1889 (fax)
dean@paynemitchell.com

*Attorneys for Plaintiff and Proposed Class Counsel*

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on July 12, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

                     *s/ Cullin A. O'Brien*
                     Cullin A. O'Brien