UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 11-61965-CIV-ROSENBAUM

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff

v.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC, et al.,

        Defendant

## CERTIFICATION OF EMERGENCY

I hereby certify that, as a member of the Bar of this Court, I have carefully examined this matter and it is a true emergency.

I further certify that the necessity for this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by the circumstances of this case. The issues presented by this matter have not been submitted to the Judge assigned to this case or any other Judge or Magistrate Judge of the Southern District of Florida prior hereto.

I further certify that I have made a bona fide effort to resolve this matter without the necessity of emergency action.

Dated this __12th__ day of __July__, 20__12__.

Signature: _Cullin O'Brien_

Printed Name: Cullin A. O'Brien

Florida Bar Number: 0597341

Telephone Number: 561-750-3000

================================================================================

### FOR CLERK'S OFFICE USE ONLY

I hereby certify that the Judge assigned to this case is unavailable for this emergency (a copy of notification to the Clerk is on file). In accordance with Local Rule 3.7, the Honorable _____ as randomly drawn from the Emergency Wheel.

I hereby certify that the Judge randomly assigned to this emergency is unavailable due to _____. (A copy of notification to the Clerk is on file). In accordance with Local Rule 3.7, the Honorable _____ _____ was randomly drawn from the Emergency Wheel.

Dated this _____ day of _____, 20____.

**STEVEN M. LARIMORE**
Court Administrator · Clerk of Court

By: _____, **Deputy Clerk**