UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61965-CIV-ROSENBAUM/SELTZER

REGINA GREENE, individually and on
behalf of all others similarly situated,

      Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC, and BEAM GLOBAL
SPIRITS AND WINE, INC.,

      Defendants.
_____/

ORDER

THIS CAUSE is before the Court on Plaintiff's Emergency Motion and Incorporated Memorandum of Law to Compel Discovery (DE 100) and was referred to the undersigned pursuant to 28 U.S.C. § 636 (DE 67 and DE 94). The Court having considered the Motion (DE 100) and being otherwise sufficiently advised, it is hereby ORDERED as follows:

    1.    Defendant Beam Global Spirits and Wine, Inc. shall serve and file its Response to Plaintiffs' Motion (DE 99), addressing (with specificity and with support) the issues raised by the instant motion on or before 10:00 a.m. on Thursday, July 19, 2012.[1]

---

[1] The parties are <u>strongly</u> encouraged to confer in person or via telephone regarding the instant Motion and shall promptly notify the Court (in writing) if any agreements have been reached. Furthermore, this Court expects counsel to cooperate and to fully comply with the applicable rules in all proceedings in this cause. <u>See</u> S.D. Fla. L.R. 11.1.C (incorporating the Rules Regulating The Florida Bar into Local Rules); Preamble, Guidelines for Professional Conduct, Florida Bar Rules (noting that attorneys have a "duty of courtesy and cooperation with fellow professionals for the efficient administration of our system of justice and the respect of the public it serves"); <u>see also</u> Discovery Practices Handbook, adopted as an appendix to the Local Rules, at I.A ("Courtesy and Cooperation Among Counsel"); Fed. R. Civ. 1 (construing rules to "secure the just [and] speedy . . . determination of every action and proceeding").

2. Plaintiff shall serve and file her Reply to Defendant Beam Global Spirits and Wine, Inc.'s Response on or before 10:00 a.m. on Tuesday, July 24, 2012.

DONE AND ORDERED at Fort Lauderdale, Florida this 12th day of July 2012.

_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

Honorable Robin S. Rosenbaum
United States District Judge

All Counsel of Record