UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-ROSENBAUM

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

            Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC and BEAM GLOBAL
SPIRITS AND WINE, INC.,

            Defendants.

_____/

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF EMERGENCY MOTION TO COMPEL DISCOVERY

By agreement of the Parties, Plaintiff Regina Greene ("Plaintiff") respectfully withdraws her previously filed Emergency Motion to Compel Discovery [Dkt. 100].

### S.D. Fla. L.R. 7.1(a)(3) Certification

Undersigned counsel certifies that he conferred with counsel for Beam and they agree to the relief requested herein.

DATED: July 17, 2012

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
Florida Bar No. 084824
CULLIN A. O'BRIEN
Florida Bar No. 597341
MARK DEARMAN
Florida Bar No. 0982407

            *s/ Mark Dearman*
             MARK DEARMAN

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com

WALDEN LAW FIRM, PLLC
RICHARD E. WALDEN
10121 N. Rodney Parham #5
Little Rock, AR 72227
Telephone:  501/907-7000
888/220-7933 (fax)
rwalden@waldenlawfirm.com

FEARS | NACHAWATI LAW FIRM
NABIL MAJED NACHAWATI, II
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
214/890-0712 (fax)
mn@fnlawfirm.com

PAYNE MITCHELL LAW GROUP
R. DEAN GRESHAM
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: 214/252-1888
214/252-1889 (fax)
dean@paynemitchell.com

*Attorneys for Plaintiff and Proposed Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2012, I served a true and correct copy of the foregoing document on the following counsel of record appearing in this matter via electronic mail:

Benjamine Reid
Amy Lane Hurwitz
CARLTON FIELDS, P.A.
100 S.E. 2nd Street, Suite 4200
Miami, FL 33131
Telephone: 305/530-0050
305/530-0055 (fax)
breid@carltonfields.com
ahurwitz@carltonfields.com

Robin D. Ball
Susan M. St. Denis
CHADBOURNE & PARKE LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone: 213/892-1000
213/892-2045 (fax)
rball@chadbourne.com
sst.denis@chadbourne.com

Donald I. Strauber
Mary T. Yelenick
Garrett S. Kamen
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212/408-5100
212/541-5369 (fax)
dstrauber@chadbourne.com
myelenick@chadbourne.com
gkamen@chadbourne.com

*Attorneys for Defendant Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc.*

Jeffrey Allan Hirsch
Kristina Lee Arnsdorff
GREENBERG TRAURIG
401 East Las Olas Blvd., Suite 200
Ft. Lauderdale, FL 33301
Telephone: 954/765-0500
954/765-1477 (fax)
hirschj@gtlaw.com
arnsdorffk@gtlaw.com

Robert J. Herrington
*Pro Hac Attorney*
Rick L. Shackelford
*Pro Hac Attorney*
GREENBERG TRAURIG
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: 310/586-7700
herringtonr@gtlaw.com
shackelfordr@gtlaw.com

Matthew R. Gershman
GREENBERG TRAURIG
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310/586-7700
gershmanm@gtlaw.com

*Attorneys for Defendants, Skinny Girl Cocktails and SGC Global, LLC*

*s/ Mark Dearman*
MARK DEARMAN

3