UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61965-CIV-ROSENBAUM

REGINA GREENE, individually and on behalf
of all others similarly situated,

    Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, et al.,

    Defendants.
_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This matter is before the Court *sua sponte* and upon a review of the case file. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, all discovery motions in this matter are referred to the Honorable Barry S. Seltzer to take all necessary and proper action as required by law. All other matters will be handled by the district court judge unless specifically referred to the magistrate judge. Additionally, any motion affecting the deadlines set by the Court's Scheduling Order is excluded from this referral.

**DONE AND ORDERED** in Fort Lauderdale Florida, this 18th day of July 2012.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc:    The Honorable Barry S. Seltzer

       Counsel of record