UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61965-CIV-ROSENBAUM

REGINA GREENE, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

SKINNY GIRL COCKTAILS, LLC, SGC
GLOBAL, LLC and BEAM GLOBAL
SPIRITS AND WINE, INC.,

        Defendants.

_____/

**AGREED NOTICE OF WITHDRAWAL OF MOTION FOR CLASS CERTIFICATION**

By agreement of the Parties, Plaintiff Regina Greene ("Plaintiff") respectfully withdraws her previously filed Motion And Incorporated Memorandum Of Law in Support of Class Certification filed on June 11, 2012 [Dkt. No. 89].

**S.D. Fla. L.R. 7.1(a)(3) Certification**

Undersigned counsel certifies that he conferred with defense counsel and they agree to the withdrawal of Plaintiff's Motion For Class Certification.

DATED: July 24, 2012                    ROBBINS GELLER RUDMAN & DOWD LLP
                                                STUART A. DAVIDSON
                                                Florida Bar No. 084824
                                                CULLIN A. O'BRIEN
                                                Florida Bar No. 597341
                                                MARK DEARMAN
                                                Florida Bar No. 0982407

                                                *s/ Mark Dearman*
                                                MARK DEARMAN

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com

WALDEN LAW FIRM, PLLC
RICHARD E. WALDEN
10121 N. Rodney Parham #5
Little Rock, AR 72227
Telephone:  501/907-7000
888/220-7933 (fax)
rwalden@waldenlawfirm.com

FEARS | NACHAWATI LAW FIRM
NABIL MAJED NACHAWATI, II
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
214/890-0712 (fax)
mn@fnlawfirm.com

PAYNE MITCHELL LAW GROUP
R. DEAN GRESHAM
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: 214/252-1888
214/252-1889 (fax)
dean@paynemitchell.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 24, 2012.

s/ *Mark Dearman*
MARK DEARMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP

E-mail:mdearman@rgrdlaw.com