UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61965-CIV-ROSENBAUM

REGINA GREENE, individually and on behalf
of all others similarly situated,

    Plaintiffs,

vs.

SKINNY GIRL COCKTAILS, LLC, et al.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice. [D.E. 110]. In this filing, the parties stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Joint Stipulation of Dismissal With Prejudice [D.E. 110] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorney's fees. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 30th day of July 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record